IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | |
| ) | |
| BRIAN BAILEY, et al, ) | Case No. 1:19-cr-00156-CKK |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT ORDER PERMITTING DEFENDANT BRIAN BAILEY
TO TRAVEL INTERNATIONALLY**

The parties came before this Court on Wednesday, June 12, 2019 for an initial status hearing. At the hearing, counsel for Defendant Brian Bailey ("Defendant Bailey"), with the consent of the United States ("Government"), requested that Defendant Bailey be permitted to travel internationally on a pre-planned family trip.[1] Based on the consent of the Government, the representations made at the June 12, 2019 status hearing, and Defendant Bailey's continued compliance with Pretrial Services' requirements, it is this _____ day of _____, 2019 hereby:

**ORDERED** that Defendant Bailey is permitted to travel on a cruise to the following locations: Miami, Florida; Ocho Rios, Jamaica; Grand Cayman, Cayman Islands; Cozumel, Mexico; and back to Miami, Florida. Defendant Bailey will be traveling from August 18, 2019 to August 24, 2019; and

**ORDERED** that, to the extent Pretrial Services requires Defendant Bailey to report in during those times, Defendant Bailey is permitted to report via telephone from his location; and

---

[1] The Court requested that Defendant Bailey's counsel confer with Pretrial Services. Defendant Bailey's counsel submitted this proposed Order with the following two requirements from Pretrial Services: (1) the date and location of travel, and (2) the release of Defendant Bailey's passport, permitting Defendant Bailey to pick up the passport from Pretrial Services.

**ORDERED** that Pretrial Services shall release Defendant Bailey's passport to him. Defendant Bailey shall appear at Pretrial Services to claim his passport prior to his travel on August 18, 2019. Upon his return, by no later than August 26, 2019, Defendant Bailey shall return his passport to Pretrial Services; and

**IT IS SO ORDERED.**

_____
Honorable Colleen Kollar-Kotelly
United States District Court Judge

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 31, 2019, I caused a copy of the foregoing *Consent Order Permitting Brian Bailey to Travel Internationally* to be sent via the Court's CM/ECF system to counsel of record who have entered an appearance in this case.

           /s/ Mark E. Schamel
           Mark E. Schamel
           *Counsel for Defendant Brian Bailey*