# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 1:19cr900156-CKK-1 |
| ) | |
| BRIAN WINSTON BAILEY, ) | |
| ) | |
| *Defendant.* ) | |

## UNOPPOSED MOTION TO ENLARGE TIME TO PROVIDE OBJECTIONS TO PRESENTENCE REPORT AND AMEND BRIEFING SCHEDULE

Counsel for Defendant Bailey seeks leave of Court until August 29, 2023 to provide any objections to the presentence report issued by U.S. Probation [Doc. 268]. The demands of trial preparation in another anticipated 4-6 week trial in this Court and other family commitments this month are among the reasons for this request. In order to allow U.S. Probation an adequate opportunity to respond to any objections, and maintain the current sentencing date, the Defendant proposes the amended briefing schedule set forth below. Neither the United States nor U.S. Probation objects to this request.

- 08/29/2023:   Objections Due
- 09/11/2023    Final PSI Due – currently due 08/23/2023
- 09/15/2023:   Government Sentencing Memorandum – currently due 09/07/2023
- 09/29/2023    Defendant's Sentencing Memorandum – currently due 09/21/2023
- 10/12/2023    Sentencing Hearing

Date: August 8, 2023           Respectfully submitted,

BRIAN WINSTON BAILEY
By Counsel

 /s/ Pleasant S. Brodnax, III
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
(202) 462-1100
pleasant.brodnax@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion was filed by CM/ECF on the 8th day of August 2023, which will send a notification of such filing (NEF) to all counsel of record.

                                                  /s/ Pleasant S. Brodnax, III
                                                  Pleasant S. Brodnax, III