UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-cr-00156--CKK |
| BRIAN WINSTON BAILEY, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF OBJECTIONS TO PRESENTENCE REPORT

COMES NOW the Defendant, by counsel, and respectfully files his objections to the presentence report.

Respectfully submitted,

BRIAN WINSTON BAILEY
By Counsel

*/s/ Pleasant Brodnax*
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
(202) 462-1100
pleasant.brodnax@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was filed by CM/ECF on the 29th day August 2023, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Pleasant Brodnax*
Pleasant S. Brodnax, III