UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 19-CR-156 (CKK) |
| | : | |
| **BRIAN BAILEY, and** | : | |
| **DAVID PAITSEL,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT PAITSEL'S MOTION FOR A CONTINUANCE

Almost one year ago, on October 7, 2022, a jury in the District of Columbia found Defendant Paitsel guilty of bribery and conspiracy. The Defendant is scheduled to be sentenced on October 12, 2023. Now the Defendant asks the Court to continue the sentencing hearing, citing a conflict with a trial date that was set after the sentencing hearing was on the calendar. There is no good cause to continue the sentencing hearing, especially given the Defendant's own representations that his counsel no longer has a trial conflict next week.

The Defendant has repeatedly delayed the timely resolution of this matter, seeking continuance after continuance over the Government's opposition. *See, e.g.,* ECF No. 247 (Extension of Time to File Supplemental Rule 29 Motions); ECF No. 255 (Motion to Extend Deadline in which to File Supplemental Rule 29 Motion). Given these circumstances, it would be appropriate for this Court to move up the sentencing date, rather than push it back. Further delay will prejudice the Government and affects the equities of the cooperating witness who awaits sentencing. The trial and related proceedings have suffered considerable delay over a several-year period. It is long time for the matter to be resolved.

Respectfully submitted,

2

                    MATTHEW M. GRAVES  
                    United States Attorney  
                    D.C. Bar No. 481052  

By:      */s/Elizabeth Aloi/John Borchert*  
          Elizabeth Aloi  
          John W. Borchert  
          D.C. Bar. 1015864 (Aloi)  
          D.C. Bar. 472821 (Borchert)  
          Assistant United States Attorneys  
          601 D Street, N.W.,  
          Washington, D.C. 20530  
          (202) 695-0610 (Aloi)  
          (202) 252-7679 (Borchert)  
          Elizabeth.Aloi@usdoj.gov  
          John.Borchert@usdoj.gov