Bruce Adams
Washington, DC (20011)

The Honorable Colleen Kollar-Kotelly
United States District Court for
The District of Columbia
333 Constitution Ave N.W.
Washington, DC 20001

Dear Judge Kollar-Kotelly,

My name is Bruce Adams. I am currently the Director of Food and Nutrition Services at Luminis Health Doctors Community Medical Center where I have worked for the past 7 years.

I have known Brian for over 20 years. We have worked on several projects together in the hospitality industry, as that is how we met. During the time I have known Brian, our business relationship has flourished into a true friendship. He has a great business acumen, exceptional work ethic and attention to detail. He has been a true asset to me in these ventures, as well as a loyal friend.

I know Brian has a good heart and is a good person. While I do believe that everyone is capable of making mistakes, I know that Brian is not violent, malicious or that he would intentionally hurt anyone. He's had a positive influence on my life in the way of greatly enhancing my knowledge in the hospitality industry and eventually transitioning that knowledge into the business of commercial real estate. Brian has a dynamic personality and interacts well with people from all walks of life.

It is my personal opinion that a term of imprisonment would not serve any societal or community purpose. I know imprisonment would be detrimental to the community, as Brian has been steadfast in his commitment to providing Section 8 housing within several communities. If prudent, I would like to recommend that Brian be allowed to share his knowledge of real estate with the community. This could possibly be considered as a condition of a structured rehabilitation program that provides educational opportunities to the underserved.

If Brian were to be required to serve a term of imprisonment, I would not only lose a wonderful friend, his family would lose their father, brother, uncle, or son. Beyond his family suffering the loss of Brian's absence, he would also miss out on spending time and building memories with them. Judge Kollar-Kotely, I hope that you will consider this account of my perspective on the possibility of losing my friend to a prison term, and grant him leniency in your sentence.

Very Truly Yours,

John Burns
Adler Financial Group
Fairfax, Virginia

September 25th, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
  For the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Kollar-Kotelly,

I am a Partner at Adler Financial Group, along with Len Adler and Dan Adler, and am writing this letter of support for Brian Bailey on behalf of all three of us. We are a local real estate lender and investor, and we have worked with Brian for over five years. I have independently known Brian for closer to ten years and consider him both a business partner and personal friend.

Throughout our relationship with Brian, he has renovated over 100 housing units across several Washington, DC neighborhoods, most of which are now leased to affordable housing programs that serve a critical need in our community. Unlike many real estate investors who cut corners and install lower grade finishes for affordable housing units, Brian does quite the opposite – he goes above and beyond to create modern, luxurious apartment homes that dignify their residents.

Brian is the first person to wish each of us a birthday or holiday greeting, and regularly brings meals to our office to share as a family would. I've seen Brian countless times in the field be a genuine mentor to his employees, construction crew members, and community members.

Brian is a relentlessly hard worker. He is regularly at his construction sites every day of the week, he is a patient and involved father to his wonderful children, and he continues to push and challenge himself as evidenced by his recent return to school to complete his undergraduate studies.

While we understand Brian's conviction and pending sentencing, we believe any term of imprisonment would directly decrease affordable housing options in Washington, DC. If there were other options available, our community could serve to benefit from Brian's continued productivity and work ethic.

Best,

John Burns

Len Adler

Dan Adler

Ashish Amin
Washington, DC 20006
9/28/2023

The Honorable Colleen Kollar-Kotelly
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am writing this letter to provide my genuine support for Brian Bailey who will be before you for sentencing. I have known Brian for 5 years now and have had the privilege of getting to know him quite well with our regular communication. I have had the opportunity to observe his character and actions during this time and appreciate the opportunity to share my thoughts and provide a viewpoint on Brian as a person.

 I work as an investment banker in commercial real estate in Washington, DC and was introduced in 2018 by a mutual contact in the apartment affordable housing ownership community. I was looking to expand my relationships and our mutual contact mentioned that Brian would be a great person to meet. He mentioned the affordable housing buildings Brian purchases and renovates are of the highest quality he has seen In the Washington, DC market. He leaves no expense behind to ensure these tenants get to experience a high-quality home they would not be able to elsewhere. Getting to know Brian's story of how and where he grew up and the ability to far exceed requirements for affordable housing to give an uplifting housing experience to families and non-profit organizations including at-risk young adults was moving to me.

As mentioned, I have had the ability to get to know Brian very well over the years and appreciate the person he is. There are countless experiences, conversations, and actions I have shared with Brian and will highlight a few to convey my perspective of Brian.

The first being integrity and loyalty. I deal with a lot of people in the investment banking community and Brian is one of the rare individuals that consistently executes what he mentions. In the world we live in, it is difficult to depict this personality. I can confidently affirm that if Brian commits to doing something, he will follow through and get it done. He also has a long-term view on relationships and prefers to stay loyal, including his dealings both professionally and personally.

Another unique characteristic that I have found in him that I value in my own personal relationships is family and emotional and physical support. Brian is a generous man, and it seems he always put family and friends before himself. If you ask anyone in his network, they will likely tell you that he will go the extra mile to uplift anyone that needs it. I have seen him provide support in many forms including mentorship, volunteering, educational, and sponsorship. I have even seen him take on family and friends into his workplace to provide them an opportunity to strive and nurture their talents. Brian

would even personally carry the payroll of his large construction crews during holiday times when work was not available.

The final attribute that I would like to highlight is his reformation initiatives and the positive transformation he continues to go through. With the success that Brian has had, he continues to strive to better himself. Brian makes it no secret that the background that he came from did not provide him with the necessary skills and tools he needed to succeed in business. Unfortunately, he did not have the guidance and education that his peers, including myself have had in this industry. He always had to learn on the job and followed the path of anyone that would provide advice without the ability to distinguish right from wrong at times. Unfortunately, this model makes it impossible to understand the consequences or setbacks that could arise. I find it admirable that despite everything Brian has been through, he has spent countless hours in educating himself by pursuing his Bachelors Degree and giving back to the community so they can have a better platform than he did to succeed in the industry.

I believe that Brian Bailey has been consciously learning from this experience and these consequences have furthered his positive contributions to society. I hope you could consider these attributes of Brian's character when determining an appropriate sentence. I believe that a compassionate approach would better serve both him and our community.


Thank you for considering my perspective in this matter.


Best,

Ashish Amin

Jerome Bailey
Chevy Chase, MD 20815
September 26, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am the Vice-Chairman of Capital Bank and the CEO of Bailey Real Estate Holdings, LLC. I am writing to you today to share my experiences with Brian Bailey and the impact that he has made on my life and the lives of countless others. I met Brian approximately 10 years ago through another Capital Bank director, Jody Green. Jody was excited to introduce us because he thought that Brian was a stand-up guy and believed that Brian and I would hit it off. Jody was right. Outside of Brian's rough exterior, I discovered a man who cares deeply for his family, friends, and community.

When Jody Green introduced us, he thought that at some point, Brian and I would be able to do business together. We never did. However, I have had 10 years to witness Brian pour his heart into his children and it was some of those examples that have made me a better father. The love that Brian has displayed to and for his wife has made me a better husband. In addition, the extent to which he extends his friendship knows no bounds. The previous examples seem and are rudimentary in so many communities except in the community that needs them the most. Brian is an example of manhood in a community that has been deprived of its men due to mass incarceration and a perpetual broken family. We need Brian's leadership, mentorship and manhood in our community. Brian's life experiences and prospective have been and can be immensely beneficial to the development of young black men.

Your honor, I humbly request that you are lenient when you sentence Brian. He is an asset to his community, family, and friends. It is my belief that his ability to serve his community positively through community service and mentorship is a more effective use of the required time that he must serve. In one of his darkest hours, Brian stayed focused on his dreams and decided to return to college to finish his degree. Even more impressive, he plans to seek his master's degree. Our community needs real-life examples of black men who are accountable for their indiscretions. However, it is equally important for the community to touch them and learn from those indiscretions while seeking inspiration from the atonement, like Brian has promised to do through his deeds and actions.

Your honor, I am proud to call Brian a brother and friend. Thank you for your indulgence.

Best Regards,

Jerome Bailey

Mary E. Bailey
Upper Marlboro, Maryland 20772

September 23, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue,
N.W. Washington, D.C. 20001

Dear Judge, Kollar-Kotelly:

I'm a Federal Administrative Travel Agent of Food and Drug Administration, and I'm the wife of Brian W. Bailey, who is set to appear before you on October 12, 2023

I've known Brian for twenty seven years and we've been married for seventeen years.  We have three beautiful children. Brian is not only my best friend but he's my strongest motivation and an amazing husband.  He understands the value of family.  He's an incredible father to our children and their bond is very strong.  Brian has been a positive influence in their lives, guiding each of them to become entrepreneurs.

For the twenty seven years that's I've known Brian he's charter has always been a kind, loving and a true gentleman.  an absolute brilliant and upright in character with an amazing work ethic.  His enthusiasm has led to many kind acts and good works in our community. Brian's passionately coached,  mentored and motivate at-risk youth and our youngest son and his football team for four year.  He's extremely family oriented and always supportive of our children, family and friends.  Brian has a knack for both education and business and has always encouraged advanced learning and entrepreneurship within our family and friend circle.

I am genuinely concerned about the impact this pending sentencing will have on our family.  While it is unfortunate that he has made some bad decisions resulting in this case, I am confident that he is deeply regretful of his decision, accept the lesson an will excel in correcting his mistakes and move forward and emerge a better person.

It is my prayer that the court takes this letter into consideration during the time of sentencing. Brian is honorable, a staple in our family, and a genuinely good person.

Sincerely,

Mary E. Bailey

Marquis Bailey
Upper Marlboro, MD 20774
September 18, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

My name is Marquis Bailey. I am the oldest of 3 siblings. This is the most difficult time in my life. Quite honestly, I'm afraid and I am not truly sure how to express myself. Your Honor, I want to introduce you to the man I know and look up to. It's vastly different from the man that was convicted in your courtroom.

I've never told anyone this, but Brian Bailey is not my biological father. I didn't have a relationship with my biological father. He wasn't actively involved in my life at all, and I don't remember much about him. What I can tell you is when I was 3 years old, Brian Bailey met my mother and committed a relationship with her. He took care of me as if I were his own. He loved me and poured into me. He adopted me and gave me his last name, prior to him marrying my mother. He provided a roof over my head and raised me to always do the right thing. He taught me the importance of honesty, integrity, and hard work. My father's background is contrast to mine. He was born and raised in D.C. when it was referred to the "Murder Capitol of the World!" He grew up in a rough neighborhood, came from a broken household, and from parents who divorced when my father was 7 years old. I have no clue what that feels like. I was raised in a home with my siblings, and we all lived under one roof. My parents are still happily married.

My father has done extraordinary things for his family and the community. While he now has accomplished a lot financially, he hasn't allowed it to change the root of who he is. He continues to invest in under-served communities. I've watched him beg for money from banks and invest it into the poorest neighborhoods in the city. That taught me a valuable lesson about not passing judgment on anyone.

This situation is horrible, and I do not condone his actions, but he has suffered tremendously and is living everyday with deep remorse and regret. I know this because he has repeatedly talked to me about it. Your Honor, I come to you with great humility. I respectfully ask that you consider an alternative to incarceration. I do not believe that incarceration is warranted. He has been out for almost 5 years with no incident. We all know that his chances of being a repeat offender is zero.

In summation, I want you to know that my father has re-enrolled in school at the University of Maryland after dropping out of college as a senior 32 years ago. He is graduating with a BS Degree in December in Business Management. I also want to make you aware that he has applied to Georgetown, Harvard, and Johns Hopkins University Graduate School to pursue his master's in real estate. My father trajectory is positively without boundaries. I'm certainly proud of him, and I know he is anxious to make the court and community proud too. Please accept my deepest apologies on his behalf for this situation. I pray that you will be lenient as you think about what is appropriate in this matter.


Respectfully Submitted,


Marquis Bailey

Michael A. Brewer

**The Honorable Colleen Kollar-Kotelly**
**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington D. C. 20001**

Dear Judge Kollar-Kotelly:

I am Michael A. Brewer Vice President of A VETERANS ENVIRONMENTAL TECHNOLOGY
SERVICES INC. We are an environmental firm that mainly operates in the District of Columbia
but also in Maryland and Virginia. We Survey and Abate for environmental concerns such as
Lead based paint and Asbestos. We have been in business since 2011. We are a small
disabled veteran owned business.

I have Known Brian for about 4 years now. I initially met Brian because he hired my firm to do
some environmental testing for his company. I did not meet Brian initially. My business partner
talked about Brian in such a way that I asked if he could talk to Brian about meeting me. I had
not expected Brian to agree to the meeting so quickly not even knowing who I was. I was told to
meet him in D.C. at 10am the next day. My life will never be the same. Since then we have
become family. Brian knows what my hopes and dreams are. He has taught me so much about
real estate development in that time period I could never repay him for the education.

Brian is a man of GOD. He inspires me. This to me means more than to motivate because he
does it in spirit. I have always considered myself to treat people well. After watching how Brian
treats his employees and Waiters and everyday people with so much respect and love, I have
had to step up my level of gratitude and generosity. What's more than that is Brian's sons
whom I know are as humble and gracious as he is as young men. They model his treatment of
people. Brian is truly willing to help any person who is willing to put in the effort to help
themselves. He has invited me into his home and he has treated me like I am somebody
important to him. He checks on my well being. He has taken time out of his schedule to be with
us when we lost a friend to long term illness. He shows up. He always shows up. He is a great
human being that makes you feel that you can do it! He gives you the good news. He is
revered in the community as a sign of what hard work, dedication and patience can produce.

It is my opinion that Brian serving time in prison will have a tremendous effect on his family. He has employed his son, brother and childhood friends. He makes certain other men and women can take care of their families. Jobs may be lost if Brian has to serve any time in prison. I know that he has gained a valuable lesson as we all have during this process. Brian serving time in prison will set the progress so many have been able to make with his help back a few paces. Ignorance of the law is not a defense but we have all made mistakes in life's journey. It is not that you spill milk but the manner in which you clean it up that matters most. He will be a greater asset outside of prison to people whose hopes and dreams are waning like mine were before I met him.

Since meeting Brian I know that if you take the proper steps, say your prayers, be nice and grateful for the people who help you on your path you will surely make a good life for yourself and your family in the United States of America. This is what he has given me and I will not scorn the wisdom of his words. He means a lot to me. We will survive no matter what happens but Joy and a little peace and happiness will be at stake if he goes away from us. I know this process has worn away at his peace of mind for years. He has a greater purpose than being in prison. He is going to graduate with his Bachelor's degree in December and he has committed to pursuing his graduate degree next.

Please consider giving him leniency in this matter. He has done so much good for so many. What is more important than mistakes is a productive member of the African American community that the youth can look toward and see that you don't have to be a rapper or a pro athlete. There are other avenues to garner the respect of your peers. We are hoping that leniency will be the good karma this man deserves. He is a great man indeed.

Very truly yours,

9·27·23

Marcellous Butler
Annapolis, Maryland 21403
September 28, 2023

The Honorable Colleen Kollar-Kotlley
United District Court of the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am the owner and co-founder of several businesses based in Annapolis, including Alpha Energy
LLC, Butler's Waterfront & Marina LLC, Alpha Builders LLC, and Flohom Inc., which represent
my real estate holdings. Additionally, I serve as the President of Hope Investment Group, a
Washington DC-based Angel Investing Group that invests in minority startups and multi-family real
estate projects.

I have known Brian personally for over three years. We were introduced by a mutual acquaintance
due to our shared interest in multi-family real estate investments in Washington DC. Throughout our
association, Brian has consistently availed himself as an invaluable mentor. His insights, drawn from
real-world experience, have greatly assisted us during our due diligence of numerous investment
prospects. Our professional relationship quickly evolved into a close personal bond marked by family
gatherings, dinners, and various other events.

Throughout my time knowing Brian, he has demonstrated unwavering honesty, integrity, and
discipline. He is generous with his time, consistently upstanding, and methodical in his approach.
Brian's most profound influence on me is his enduring message of perseverance, gratitude, and the
importance of giving back, regardless of life's challenges.
Having been involved in prison ministry for 13 years prior to the pandemic, mentoring inmates, I've
observed that many of them cite a lack of guidance, mentorship, and opportunity as pivotal factors in
their incarceration. These are also their greatest fears upon reentry into society. Given Brian's
convictions, I earnestly request the court to consider an extensive community service program as an
alternative.

Leveraging Brian's expertise in real estate development, he could educate and mentor the next
generation, particularly in an industry that needs diversity and real-world role models who genuinely
care about community upliftment. Such a program would not only serve as a fitting restitution but
also benefit society far more than imprisonment.

Brian's potential imprisonment would be a significant loss to our community and to me personally, as
he has been a beacon of guidance and support both professionally and personally.

Thanks for considering my words,



September 28, 2023


The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly

My name is Curtis Chambers. I have a Non-Profit Foundation named One Mind at a Time
Foundation (OMAAT). I'm also a Creditable Messenger (Mentor to at-risk Youth).

I've known Mr. Brian Bailey for over 25 years, and we've worked together on Community and
Promotional events in the Washington DC area. Brian also volunteers hours with my
organization to inspire and motivate our at-risk mentees. We were recently recognized at the
DC Lit Award for our contribution to our service to the culture of DC over the last 25 years.

I write this letter in hopes of Mr. Bailey receiving consideration to continue helping OMAAT to
inspire this young generation that's being affected by their environment and misguided. Also,
to continue to raise his biological kids to be light and strength, most young African Americans
don't get an opportunity to experience in their household.

Brian's presence is a bright light not only to the youth he speaks to but also to the adults like
myself who are boots on the ground in this war on our youth (Social Media and peer Pressure)
are fighting to change just one life at a time.

I once made a mistake in my life and was given a second chance to get it right, and I pray that
Mr. Bailey be allowed that opportunity if the courts see fit.

Very truly yours


Curtis Chambers
www.OMAATF.org


Adversity Induces A Man To Himself!

Nigel Crayton
Bethesda, MD, 20895
9/28/2023

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am a Director for Greysteel's, Multi-Family investment sales team, in which I co-lead our groups practices in the disposition of commercial assets throughout the region.

I have known Brian for 6 years. During this time, I have worked with Brian in a mixture of business and personal relationships. Brian has been a large influence in my career providing me with constant guidance in the industry and life. Brian cares deeply about those around him and when he is in your corner, he puts all weight behind you.

Writing why Brian is a good person, comes naturally so to best convey the reasons why I am breaking them down into separate bullet points:

- Great Work Record: Brian has an exemplary work record that speaks volumes about his character. Throughout our relationship, he has consistently demonstrated dedication, professionalism, and integrity. His peers often look up to him as a role model due to his strong work ethic and unwavering commitment to his friends & family. His work record as seen by his many successes in real estate is a testament to his reliability, diligence, and competence.
- Good Friend: Beyond his professional achievements, Brian is also a remarkable friend to those who know him well. He is always there to provide support, lend a listening ear, and offer valuable advice. His kindness and empathy shine through in his friendships, and he prioritizes maintaining strong and meaningful connections with the people in his life.
- Community Service: Brian has a long history of actively engaging in community service, providing affordable housing throughout the city. Directly affecting over 300 families, Brian is deep rooted in the community and consistently demonstrates his commitment to making the city a better place by providing high quality housing for those most in need.
- Positive Influence: I have had the privilege of knowing Brian for several years, and his influence on many has been nothing short of transformative. Brian is from the city and continues to show the younger generation what can happen with hard work & dedication. B is a role model for many, and I can attest personally to the positive impact he has had on my career.
- Integrity: One of the most striking qualities of Brian is his unwavering integrity. When he says he is going to do something he does it. He is a person of his word, and his honesty and transparency have earned him the respect and trust of our firm. When Brian

is under contract on a deal that we are collectively working on, you never have to worry about him retrading terms on the deal or going back on his promises he's made to all parties within the transaction.

In my humble opinion, a term of imprisonment for Brian would not serve a useful societal purpose in this case. Instead, the focus should be on fairer rehabilitation, accountability, and restorative justice principles that can help him address any issues that may have contributed to the current situation and allow him to continue contributing positively to society. I urge the court to consider these factors when determining the appropriate sentencing for Brian.

Brian's imprisonment would not only have an emotional impact on me as a friend but also a professional impact due to his loss in our community. It would disrupt the many around him, especially the 300+ families he serves. I sincerely hope that alternative sentencing options are considered in his case, as I believe they would be fairer given the circumstances. He is unquestionably a good person, and I believe that his character, commitment to ethical values, and positive contributions to both the professional and community spheres make him a valuable asset to society. I have the utmost confidence in his ability to navigate the current situation judiciously and fairly, and I wholeheartedly endorse him as a person of exceptional character. If further information or insights are required, please feel free to reach out to me.

Sincerely,

Nigel Crayton



www.FeldmanRuel.com

LaMarr Datcher
Upper Marlboro, MD 20774

September 28, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

My name is LaMarr Datcher, and I am an Associate Director with Feldman Ruel Urban Property Advisors, the market leader in the brokerage and management of commercial real estate throughout D.C., Maryland, and Northern Virginia. In my role, I help individuals and businesses buy and sell commercial real estate across all property types throughout the region.  As a native Washingtonian born and raised in Ward 8, I love what I do and am passionate about all things real estate.  Knowing, learning from, and working with Brian Bailey as a commercial real estate professional has been an honor. In many ways, Brian has been an inspiration, both personally and professionally.

I started in commercial real estate in the summer of 2017 and met Brian that fall while working on a transaction along the H Street Corridor in Northeast Washington, D.C. From that moment to this day, Brian has taught me nuances about buildings and the real estate business that I am incredibly grateful for. No other investor or client has taken the time to share knowledge and mentor me to the level that Brian has, with no expectation of anything in return or immediate benefit to himself. These conversations and lessons have been more valuable than my formal education, during which I earned a BA in Economics from Colgate University and a JD from Valparaiso University. Seeing and learning from someone with a similar background as me is an invaluable experience. In addition to being a broker, I am also an investor, so the adage rings true – "you cannot be what you can't see." Today, our bond is unbreakable, having blossomed into a trusted friendship that will last a lifetime.

Brian is a family man and businessman who exemplifies commitment and dedication in all he does. As an entrepreneur focused on providing quality housing, his impact on society is immeasurable! I believe housing is a basic human need that provides protection, privacy, and security. Individuals face countless risks without safe and stable housing, including health hazards, violence, and extreme weather. Adequate housing is not just convenient but a matter of dignity and human rights, as recognized by the Universal Declaration of Human Rights. Providing affordable housing reduces homelessness and poverty. People with access to affordable housing are less likely to experience homelessness, rely on social services, or face housing crises. Investing in housing also creates jobs and spurs economic growth, contributing to a stable financial system.



www.FeldmanRuel.com

The facts show Brian's value to society, with hundreds of families and the local economy benefitting from his work as a real estate investor and developer focused on multifamily housing.

I understand the legal process must address the actions for which Brian is being sentenced. However, I respectfully urge you to consider the broader context of his life, his positive contributions, and the impact his absence would have on many who rely on him. Brian has shown genuine commitment to improving society and remorse for any wrongdoing.

Given these factors, I kindly request you exercise discretion in providing Brian with the most lenient treatment possible. A reduced sentence or alternative options would allow him to positively impact society while ensuring his family and business can progress.   I believe allowing him to continue contributing to society and his family would be a just and compassionate decision. I trust your wisdom and judgment and hope you will consider the many factors that make Brian exceptional.

Thank you for your time, consideration, and, most importantly, your mercy.


Very truly Yours,

**LaMarr Datcher**
Associate Director
(240) 932-0004 *direct*
LDatcher@FeldmanRuel.com

Delonta Dickerson

September 26, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge, Kollar-Kotelly:

Hello,

   I'm Delonta Dickerson. Longtime friend of Mr. Brian Bailey. I am a Facilities Building
Engineer with the commercial real estate company Republic Properties. I run the day-to-day
operations of a 600k square foot commercial building in downtown Washington, DC. As well, I
am a licensed master barber and Brian's personal barber. I work at Cuttin Up' Barbershop
located on the back end of the Washington DC Convention Center.

   I've been a friend of Brian's since the early to mid 1990's. We met as party promoters, and I
later became his barber. From that first meeting we later became friends of 30+ years. Interacting
with our families and spending a lot of time together, vacationing, attending games and concerts,
personally and professionally. We shared business advice and became an intricate part of one
another's lives.

   Brian has always been a stand-up person, leading by example, always pushing me to achieve
the best for myself and my family. Always having great advice and ideas to help make your work
path a little easier. His outlook on life and vibrant spirit has always helped me and the ones that
surround him. His tireless effort to help the ones that he loves just to put smiles on their faces,
this is a character trait that many people don't possess.


   I ask the judge to show leniency in the sentencing. If Brian is imprisoned the effect will be
monumental with all the people that depend on him and that is how he takes care of them,
including myself, in some type of way. Whether it's words of wisdom, physical support,
financial or just an ear to listen. Also, he has two very young adult kids that need his guidance as
they begin taking steps into a very difficult adulthood. Thanks, Judge, for your listening ear.

Best Regards,

*Delonta Dickerson*

Ronisha Dickerson
September 26, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am a writing on behalf of Brian Bailey. I have had the pleasure of knowing Brian Bailey for over a decade. During this time, Brian has proven to be a dependable, trustworthy, and dedicated friend to my husband and myself. Brian is a person of strong character and integrity which I personally admire. He has always taken great pride in providing for his family and being a positive and active role model in the community. I am humbly requesting that in lieu of any imprisonment time that you would consider external rehabilitation for Brian. Thank you for your consideration.

Respectfully,

Ronisha Dickerson

Ayana Douglas
Washington/DC/20010
September 28, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am the President of District Property Services, a family owned and operated business involving real estate sales and investments. I am also a licensed Realtor with twenty years of experience. I met Brian Bailey at a property showing in the Petworth neighborhood in DC in 2012. Since then, Brian has become a sounding board and mentor to me as I strive to grow my real estate investing business.

Brian is always there to offes invaluable insights and solutions and eagerly shares his vast network of contractors, lenders, and other professionals. I genuinely believe Brian enjoys helping people to achieve their goals! He is a motivator, coach and dear friend to me.  I distinctly remember a phone conversation I had with him three years ago that positively influenced my life.  That two hour conversation changed the trajectory of my career because of the confidence he had in me and the sage advice he freely gave. Brian gives of himself without abandon and I am truly grateful for our chance meeting over ten years ago.

In my 20+ year career in real estate in DC, I've met many people from opposite ends of the spectrum and of all backgrounds. There is something so uniquely special and pure about Brian, I can't quite put my finger on it. But what I know for sure is that he is a nurturing and beautiful human who strives to make people better and gives of himself unselfishly.

I do not believe that Brian should serve any jail time for his court determined offenses. I'm sure Brian has learned valuable lessons throughout this court process and I hope that his sentence is reflective of all the good he adds to the world and his community. There would be a serious void felt from so many lives if he is imprisoned. Upon reading this and other letters attesting to Brian's amazing character, it is my hope that you will feel the unanimous support that we have for Brian, as it is reciprocally and bountifully given from him to those in his life.

Very respectfully,

Ayana Douglas

Felipe Ernst 9/25/2023

The Honorable Colleen Kollar-Kotelly

United States District Court for the District of Columbia

333 Constitution Avenue, N.W. Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am CEO of Ernst Equities a real estate company based in the District of Columbia. We operate apartment buildings all over the DMV.

I've known Brian for approx. 4-5 years know and have worked in the same industry as him. Coming from humble beginnings, I have admired Brian's drive in creating a reputable real estate investment and management company here in DC.

Brian is one of the most charismatic individuals you can meet, he always lights up the room with his humor and wit. He is a good friend and has serviced the poorest neighborhoods in DC while providing exemplary community service and affordable housing we can all be proud of.

I strongly believe that sending Brian to prison will not to anyone a service – he made a mistake, but if you look at the impact of his decision, it did not hurt anyone. The information he was seeking was readily available online and it was simply a case of poor judgment in the moment. I believe that prison time for someone that is such a valuable asset to the community would be a huge mistake.

Brian's imprisonment will lead to his business and properties likely deteriorating and will hurt DC's poorest neighborhoods. We need Brian out in the city making sure our city is being run in a way we can all be proud of. I appreciate your time.

Very truly yours,

Felipe Ernst

DocuSigned by:

*Felipe Ernst*

C9831964A8CF458...

Philip F. Finelli, Jr.
Rockville, MD  20852

25 September 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
  For the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Re:     United States v. Brian W. Bailey
        Sentencing:   October 12, 2023 at 1100
        Court:        United States Courthouse
                      333 Constitution Avenue, NW
                      Washington, DC  20001

Dear Judge Kollar-Kotelly:

I am writing this letter on behalf of Brian W. Bailey.  I had planned to attend the sentencing to express my support for Mr. Bailey in person.  Unfortunately, I will be out of the country on the date set for the sentencing.  I know that Mr. Bailey was found guilty of 2 counts of bribery and 2 counts of conspiracy.  I do understand the severity of the charges for which Mr. Bailey was found guilty.

I am a native Washingtonian.  I am currently a consultant, specializing in real estate matters in the Greater Washington Metropolitan Area.  My area of expertise includes structuring transactions and dealing with the myriad of problems related to real estate development.  I also have owned and managed commercial real estate in the District of Columbia through various entities for which I acted as a partner or managing member.  My real estate experience provides me a unique prospective with regard to Mr. Bailey.

Background

In 2019 I was the Managing Member of Clydeco 2013, LLC, a District of Columbia limited liability company that owned a small apartment building located at 1829 13th Street, NW.  In the winter of 2019 we decided to sell the property and were approached by a number of real estate developers and real estate agents.  Among those expressing interest in acquiring the property was Mr. Bailey.  I met with him on several occasions and when it appeared we would begin negotiating a purchase contract I conducted a background check on Mr. Bailey.  I discovered that he had been arrested in April, 2019 and accused of conspiracy to defraud, graft and conflict of interest as reported in several publications, including the Washington Post and Newsweek.

The Honorable Colleen Kollar-Kotelly
United States v. Brian W. Bailey
Letter of Support
25 September 2023
Page **2** of **3**

At first I was skeptical about proceeding with our negotiations but decided to meet with Mr. Bailey again without mentioning the information I had obtained.  After several more meetings I decided that Mr. Bailey really was an old fashion "hand shake" developer that could be trusted to keep his word.  I was impressed with all that he had accomplished notwithstanding his transgressions as a young adult and the charges he was then facing.  Although we had received offers from other developers, I was convinced that Mr. Bailey was the best fit to be our buyer.

After a brief negotiation period we entered into a purchase agreement on February 15, 2020.  The contract provided for a closing in April, 2020 but did allow for extensions, which is standard for development contracts in DC.  I was so impressed with Mr. Bailey and his forthrightness and honesty that after entering into the contract I decided to allow Mr. Bailey access to the property to begin demolition prior to closing so he could get a head start on his development.  We signed a Pre-Settlement Limited Property Access Agreement on March 13, 2020, which is quite extraordinary in the real estate industry.  As is common in real estate development and not as a result of any inaction on the part of Mr. Bailey, there were delays in closing the transaction.  I continued to trust Mr. Bailey explicitly and, while awaiting closing, we entered into a Limited Joint Venture Agreement providing him unlimited access to the property to begin construction prior to closing, again, highly unusual in our industry.

We were able to close the transaction on December 30, 2020.  In an effort to assist Mr. Bailey with his development project and based on his reputation and the personal relationship we had developed, we loaned him $1,000,000.00.  Mr. Bailey faithful made all payments when due and the final payment of principal was made on time.

An Objective Opinion

Since first meeting Mr. Bailey in the winter of 2019 until now I have had an opportunity to not only negotiate a contract with him but to visit his other development projects, meet with his staff and meet many of his family members.  We became quite friendly, so friendly that I attended the funeral of his mother, Eleanora Bailey, in June, 2021.

As a result of my numerous interactions with Mr. Bailey, his family, staff, employees and contractors I have been able to develop an objective opinion of Mr. Bailey which is quite different than the person I read about in the winter of 2019.  Mr. Bailey is committed to his immediate family (his wife Mary and their 3 children).  However, he also is committed to helping his extended family of brothers, sisters, nieces and nephews, many of whom he either employs or for whom he has found employment.  His goal is to make each one of his family members independent and successful, especially through various educational opportunities.

The Honorable Colleen Kollar-Kotelly
United States v. Brian W. Bailey
Letter of Support
25 September 2023
Page **3** of **3**

He is a mentor to most of his family, even his much older siblings.  As such, he believes it is critical to demonstrate the importance of education and, even with as busy as he is with his real estate development, he re-enrolled at the University of Maryland and has obtained his undergraduate degree from the University of Maryland.  He also plans to enroll in a Master's Degree program in real estate development all to demonstrate to family, staff and employees how critical education is to be a successful contributor to society.

His mentorship does not stop with his immediate family and extended family.  I have witnessed first hand how Mr. Bailey encourages the development of staff through hands on training and educational opportunities.  Mr. Bailey provides all his staff members with the opportunity to grow professionally by delegating authority and responsibilities.  As a result, his staff is very loyal to Mr. Bailey but also keenly aware of the need to carry on his legacy to new staff members and the community, in general.

Job sites are a microcosm of our society.  I have had the opportunity to visit many of Mr. Bailey's development projects and have observed his interaction with contractors, sub-contractors and laborers.  His demeanor was always friendly and he always was willing to chat with each individual.  Usually, he knew the person's name and most times something about each person, either the name of a family member or a favorite sports team.  I never witnessed him demeaning anyone in any way.  To the contrary, he was always encouraging and quick to compliment a worker on their performance or to suggest a better solution to a problem.

Conclusion

Mr. Bailey's life is a success story worth repeating as often as possible, especially among young women and men of color.  He is the missing mentor in the lives of enumerable women and men in our society.  There would be no societal purpose in having Mr. Bailey imprisoned.  To the contrary, Mr. Bailey should be encouraged to continue the mentorship that comes so naturally to him, subject to whatever probationary period may be warranted.  This would allow him to continue to transmit his positiveness to those people he encounters on a daily basis.  What better example for our society than a successful yet humble person who thieves on teaching, mentoring and developing our next generation of Washingtonians.

Respectfully submitted;

Philip F. Finelli, Jr.

## MED Developers LLC
Washington, DC. 20003
September 27, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court for the
District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Kollar-Kotelly:

I am Managing Member and principal owner of MED Developers, one of the District's largest
providers of housing and support services for affordable and special needs residents. I write in
support of Brian W. Bailey in advance of his scheduled sentencing next month.

I have known Mr. Bailey for several years, in various capacities as competitor, purchaser, and
personal acquaintance. In each and every instance I have found him to be honest,
straightforward, and always one to follow through on his commitments.

We both work in some of the more challenging areas of the city, and I consider myself to be a
reasonably good judge of landlords and their operations. On numerous occasions I have
witnessed Brian converting unsafe, substandard housing into attractive and safe properties that
help bring stability to these areas. Not many developers are willing to make the financial
commitments needed for our most vulnerable residents, Brian certainly has.

In summary, I consider Brian Bailey an important resource for meeting the District's housing
needs. Many families will have a safe roof over their heads tonight thanks to him. I have also
benefitted from working with Brian and hope to continue having those opportunities in the
future.

Thank you for the opportunity to share this with you.

Most sincerely,

Bruce Finland

Robert M. Gottschalk
Bethesda, MD 20816

**September 27, 2023**

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: The Sentencing of Brian W. Bailey ("Brian")

Dear Judge Kollar-Kotelly:

I have practiced law since 1998, been licensed in the District of Columbia since 2005, and I currently serve as the general counsel to a family office in the DC area. It was in this context that I first came to know Brian in 2018, and it has been through that professional relationship that I have had the privilege to become Brian's friend.

Brian and I are not from similar parts of the country, and our backgrounds and lifepaths could hardly seem more divergent. But ever since our paths crossed, I have admired him. Brian loves God, loves his country, and deeply loves his family. He also embraces a work ethic that is motivating and inspiring and he shows admirable leadership within his company. These general traits and his gift for knowing the right time to offer a kind word or write an inspiring note, make Brian a good person, and the kind of citizen we want in our community and on our streets. Like every person, Brian is much more complex than you could possibly know from the Record of the case or learn from observing him in the courtroom.

During the several years that I have worked with Brian, I have seen him succeed in business, and suffer some losses. But I have never seen either of these change the person that he is, or break his focus on the people he employs and the customers he houses in his numerous rental units around metropolitan DC. To Brian's credit, and presumably because he wanted to protect his tenants, employees and family from the consequences of *his* legal matter, he has delegated many important functions within his company to others. As a result, professionally, I will feel little impact from Brian's absence if he is incarcerated, but I know that he will be seriously missed by his company. Brian is their leader in every sense, and I expect that his company, and his company's tenants, will suffer the most from any incarceration you feel compelled to impose.

It is my understanding that, despite the good man that he is, Brian has been found guilty of transgressing the law. As an officer of the court I respect our legal system, and along with it I respect Brian's conviction. I also respect your role as the sentencing judge and the importance of giving you additional context and information in the aid of your weighty and impactful service. Hopefully this letter has been of value to that end. In addition, should this Court desire, I am happy to answer your questions and give additional context about Brian, whether at the sentencing hearing or otherwise.

Very truly yours,

Robert M. Gottschalk

Delenis Greene

Miami Beach, FL 33139

September 27, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
For the District of Columbia 333
Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

For 32 years I lived and worked in Maryland, Virginia and The District of Columbia, primarily
in retail management positions in Sales, Operations, and District Human Resources.  For the
last 10 years I've lived in Miami, Florida and have been a Realtor for the last 8 years but I still
visit the DMV often.

I met Brian by chance 5 years ago while he was visiting Miami.  Through our conversation it
was obvious he had a passion for real estate development and helping people through
affordable housing. We became friends and would often have discussions on how he wanted to
expand his vision/blueprint to other cities, Miami being one of them. Shortly after our first
encounter I met his entire immediate family before they went on a family vacation. It was
obvious to me that Brian is family first.

Two years ago, June 2021, I was visiting friends in Maryland for a few days and Brian knew I
was in town.  He called me early one morning and said "Hey what's on your schedule today, I
want you to spend the day with me so you can see my operation and I want you to come meet
my Mom".  I said "that would be Great".  I went to his house and met his mom. She and I had
a great 30 minute conversation.  I never knew she was 91 years old.  I thought she was in her
60's.  Brian and I then left his house and he took me to several projects his company was
working on or had already completed.  I was absolutely blown away by the quality of work
that he provides but what was even more impressive is the way he interacts/ communicates
with his employees.

Brian is Special! He speaks life into people. He even encouraged me to leave the real estate team format that I was a part of and strike out on my own and I've achieved more success in the last 2 years then combining in my first 6 years as a Realtor.

After a full day we returned back to his house and I sat in the living room and talked to his mom another 20 minutes or so before I left. 3 days later, Brian called to tell me that his Mom had passed away. Could You imagine? I was the last person to ever meet his Mom. He has been heartbroken ever since then. I tried to be there for My Friend.

Friday July 2nd 2021 I attended Eleanora Elizabeth Bailey's Funeral to show support for My Friend Brian Bailey, but I wasn't the only one. There were "hundreds" of people there to show their support for Brian and his family. He has built long lasting relationships through his work in DC and respect throughout the community and the community showed up. And just as I attended his Mom's funeral I will be in attendance on Oct. 12th, 2023 to lend my support.

Brain has gone back to school to finish his undergraduate degree at the University of MD and is scheduled to graduate in December and has already applied for Graduate School to get his Masters.

Judge Kollar-Kotelly, I understand you have to hand down a sentence. I would ask that you consider handing down a sentence that leans more towards home detention, community service etc., any combination of options that doesn't include incarceration. Brian's work in affordable housing is important to the city and community at large. He is trying to build a legacy for his family.

Everyone makes mistakes, that doesn't make him a bad person or a detriment to society.

Thank You For Your Time and Consideration,

Very Truly Yours,

Avery Harwell
Clinton, Maryland 20735
September 25, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

My name is Avery Harwell. I currently work for General Contracting Solutions. For the past five years, I schedule and oversee the services that small contractors provide to maintain the lawns, waste management and other facility support services for the properties that GCS supports. My wife Lisa works as a telecommunication analyst for a local company in Maryland.

As a former volunteer football, baseball coach and mentor for local youth sports organizations, my wife and I have known Brian Bailey for more than ten years. My wife volunteered as an administrator and provided academic tutoring for the same organizations while our son participated in youth sports throughout his entire primary education playing football and baseball. We first met Brian when I was volunteering as a special teams coach for another youth organization before our son joined his team in 2012. Brian is a devoted father and staunch advocate for the young men that he coached and continues to mentor. Eighty percent of the young boys we coached and mentored lived in challenging neighborhoods in SE Washington, DC where role models and opportunities to thrive within their boundaries are exceedingly rare due to economics and personal circumstances. My wife and I have witnessed firsthand Brian's tireless dedication in not only coaching these kids the fundamental basics of football, the importance of teamwork, but also giving his time, energy, and own money in their developmental growth to becoming well rounded, respectable young men. Brian's passion for helping, uplifting people is what we most admire and respect about him. His unwavering commitment to rebuilding broken neighborhoods in the city he grew up in is humbling.

I am not an expert on the law. I understand that laws are in place to govern and bring structure to our community. What I know and have seen of Brian Bailey is that he is hardworking and a devoted member of our community. He works diligently to provide economic opportunities to small business firms within the District of Columbia and the state of Maryland. Brian continues to champion and advocate for our youth and mentor young men, including our own son. Incarceration would be a detriment to those young men who look to him for guidance. Incarceration would be a detriment to those small business owners who share their vision in providing economic relief in the hardest hit areas of Washington, DC.  We are asking for you to consider leniency in allowing Brian to continue to contribute back to his community under supervised community service.

Respectfully,

*Avery Harwell*

Avery Harwell

Harry Hawkins III
Baltimore, MD 21236
9/24/23

The Honorable Colleen Kolla-Kotelly
United States District Court for The District of Columbia
333 Constitution Ave, N.W
Washington D.C. 20001

Dear Judge Kollar-Kotelly ,

> *The test of a man is the fight that he makes, the grit that he daily shows, The way he stands upon his feet, And takes life's numerous bumps and blows.*

> *Author Unknown*

I am the Executive Director of BW Bailey Family Trust. I currently oversee all day-to-day operations of BWB and have worked side by side Mr. Brian Bailey every day for the past 7 years. I started as Brian's Personal assistant and due to growth and time I have matriculated to Property manager and now overseer all functions of BWBFT and Director of Property Management of all units under our portfolio .

I've had the privilege of knowing Brian for over 10+ years and working alongside Brian Bailey in this capacity for the past seven. It is during those years he become so many things to me, A father figure , a mentor ,a friend , My Boss (smile) , a big brother , but most of all we have become family . I can honestly say that it seems as if there was a never been time he was not in my life and blood couldn't make us any closer.

Many people will be able reflect to what they have heard, and some may recall a specific encounter with him , However I am giving an account to what I've seen firsthand consistently. Due to the position I hold and have held through the years, In a week's time I spend more time with him personally than any other person, at times including his own family members . With that being said , there are many things I could speak of today. I can speak to his abilities as a father raising his three children and ensuring that they not only have the best but ensuring that his children are nurtured and cultivated by love and his daily investments. I could speak to how he's raised his oldest son now a college graduate following in his footsteps in the family business or how he's nurtured his daughter with love and is a straight A student graduating with a 4.0 GPA .While receiving hundreds of offers she chose to attend University Maryland to be just like him , and is doing exceptionally well in her second year , or how his youngest son who is excelling in college as well due to his fathers push and the example he set. I could talk about how

much he loves his wife of 24 years and that everything he does is for his family. I could speak to his consistencies' as a son and how out he cared for and attended to his mother no matter how busy his plate became by making sure she had groceries , taking her to her weekly appointments , and  financially taking care of her until she could no longer live alone at 96 Brian navigated his life to accommodate her by moving her in his home and  being a full time care taker until her dealth . I could speak to the countless times he's helped people in his family and circle past and present not by just giving them money as an easy fix but ensuring that the people around him knew  how to "fish for themselves so they can eat for a lifetime".

I could speak to his hard work ethic as I've seen him start his day at 5am and not end until after midnight. Nothing Brian has obtained has come easy, but he's worked extremely hard for everything. I remember how we started the business with just two units, and then two more units, and four units, and with focus, determination, and hard work we are where we are as a company today because of it . Despite all we have acquired in business Brian has never lost sight of the things that matter like giving back and serving the community. Every year our company (under his oversight) gives away over 400 thanksgiving baskets to underprivileged households, we give away school supplies to needy children, Brian has served as a mentor to hundreds of African American young men as a football coach. While he stopped coaching on the field coaching in life for him  never stops. He has availed himself consistently to to serve anyone who ask of him. Prior to his moms passing he made a vow to complete what he started in honor of her and this December he will be graduating  with his bachelor's degree with hopes to attend Georgetown University for his Masters.

Success is not about how many victories you have but real success is your ability to recover after you fall and to keep trying again. While I truly understand that Brian has made a mistake in my heart of hearts, I do believe that he's not only remorseful but beyond apologetic for any of his wrong doings. He has suffered tremendously already with the public humiliation of these proceedings; they have not only affected his business but mental state causing him at one point to go into a deep depression. I have seen his submission to the court requested weekly probation check-ins he makes every Monday and has made constantly for the past 4 years. He has submitted to Sur rending his passport and identifying all his whereabouts throughout the country to proper authorities all this Brian as obeyed and not once waivered in  his commitment to honor what was set before him even prior to a verdict being giving. I humbly ask you judge that as Mr. Bailey has already endured these hardships for 4 years that he be sentenced to probation, community service and even a fine if need be. Its easy to make accusations and create false narratives to win a case like the prosecutor did  but its takes the intelligence of someone like yourself  Judge to not fall or fluff but to listen to this letter from someone who knows him , his heart, his true character to know that the difference between a mistake that will never happen again and what the prosecutor tried to paint as "this is who is he" well judge this is not who he is

In closing Judge I have tried to speak to things that won't be found in newspaper or on google I have spoken to parts of Brian Baileys life that I have witnessed for myself. The loving father, The devoted husband, The handworker , The mentor , The community advocate , The businessman , The dedicated son , The amazing leader but most of all the man who has made a mistake (fallen ) but remorsefully got back up and tried to not be defined by his mistake but rather peruse being a purposefully productive member of society  . I sat in the trial room every day and watched as this false narrative was painted of him. No one gave me the chance to testify

to the all of the good he's done, currently does , and continues to do , and not because he's trying to prove who he is but rather because this is truly the type of Good man he is . I can only hope that I have given you greater insight to the man and not just another name on the paper.

Humbly Submitted,
Harry H. Hawkins III

.

Lyric Hawkins
Mitchellville, MD 20721
September 28, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I'm Lyric Hawkins, CEO of Rockstar360 Properties, Rockstar360 and Rockstar Prep 4 Kids. In each one of my organizations, we strive to teach, inspire and lead individuals into entrepreneurship, as well as teach financial literacy to the youth. Serving the community and providing resources is our main goal.

When it comes to Brian Bailey, I've known him for almost 5 years, as he has been my mentor in real estate as well as a role model for how to not only serve your tenants, but how to treat your tenants with respect and care. Not only are we leaders and landlords in the community, we are individuals that care about the people we serve. From giving out turkeys during the holidays to the residents, to being a resource to those in need, leaders don't only lead, they serve too!

Brian Bailey is not only a mentor to me, but yet a good friend, and I don't take that lightly. I don't take for granted that he's always a phone call away when I need advice in this male dominated industry of the world of real estate. I have shadowed him several times while not only seeing his investment properties, but yet his interaction with his tenants. Not only does he respect them, they respect him. I see how he serves the community and not just see them as a number. This is the heart that most people may not see, but yet he definitely has.

Brian has shared with me his plans to create a course to show and teach other young adults, how to get into the real estate industry and how to avoid the pitfalls he's made and become successful at it. He speaks a lot on the upbringing that he had, the lack of role models, and the mistakes he made, which is why training the next generation is so key to him.

In all of Brian's success, the average person would be satisfied when money became no longer an issue. But not Brian, he is still striving for more! He has gone back to college, completed the required courses to receive a bachelor's degree, and has already been accepted and invited to several ivy league colleges to obtain his masters. That alone, shows not only strength but yet the determination to show young African American men in the inner city of where he's from, that

there is no glass ceiling. All of this speaks to the character of Brian Bailey and NOT what the media and the prosecutors have portrayed him to be…they don't know him.

When it comes to sentencing anyone that serves the community in such a manner like Brian Bailey does, you have to take in consideration, does this really cause more harm or hurt to those that he does serve? So many real crimes are being committed in the District of Columbia that are in more need of this attention and resources to not only solve the crimes, but yet prevent them from happening. The city has allowed carjackers to not serve time, murderers to get out prior to the time given them and sex offenders to just register and live their lives amongst the same people that they have potentially harmed. So when I look at this case, I'm baffled at how our system really works. How do we protect and serve the community, when we are focused on a case such as Brian Bailey's, who is definitely a stand up citizen in this community. Where are the checks and balances in the judicial system? If things were fair…I might understand more. But we are at an all time high when it comes to crime in the inner city, and the one person, Brian Bailey, that you are trying to take out the community is the same person that speaks to these same young men to do better. Where is the logic in that? The proper thing to do would be to partner with someone such as Brian, a product of this city, and reach out to the youth that are committing these crimes and show them a better way. Sentencing Brian Bailey to anything, is doing a disservice to the community.

Brian's imprisonment would definitely be a personal loss to me as a mentor and a friend. In this world of entrepreneurship, we all need that 1 person that keeps us grounded, knowledgeable and doing business the right way. Not being able to pick up the phone and get guidance on what and how to do something that can potentially cause me and others that he mentors, to lose everything we have by just one wrong move in this real estate game.

But what is more important, is not being able to call him and ask him, "How's your Master's program going at Georgetown?" or "How many more people have you employed from the community this month?" These are the friend conversations that keep me grounded and grateful to have an example for me to follow. I am sure I am not the only one who benefits from the everyday conversations with Brian, but I definitely know that if I am Blessed by his presence and knowledge, then so are many others. My character is not built alone, it's built by the care and compassion of Mr Bailey! Some people come into your life for a reason, or for a season, or for a lifetime…He is my Lifetime and my Lifeline!

Very truly yours,

Lyric Hawkins, CEO
Rockstar360 Properties
Rockstar Prep 4 Kids
Rockstar360

Justin Hill
Washington, DC 20002
September 27th, 2023


The Honorable Colleen Kollar-Kotelly
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W
Washington, DC 20001


Dear Judge Kollar- Kotelly,

My name is Justin Hill, I'm the Managing Partner of 314 Capital, a boutique financing firm here in Washington, which provides much needed capital solutions to developers focused in building workforce/affordable housing throughout the district. I first met Mr. Bailey in 2019 at a lunch hosted for real estate professionals, though had heard Mr. Bailey's name mentioned years prior as a real estate professional. Brian and I began discussing the challenges held by developers of color and quickly realized there were synergies between our mission and Brian's vision of bringing affordable housing to communities continually left behind.

Over the years Brian and I began meeting for lunches frequently discussing best practices and processes within property management and construction for affordable housing. We began a friendship, one that would leave a profound impact on my life and the lives of our clients and customers. What Brian and I shared were both upbringings with a lacking

of opportunities, and role models who pursued a career in real estate development. We both understood the importance of the role we played within our communities and the positive impact we could have by bringing opportunities to those who have been left behind.

I've known Brian to be the type-of person who has gone out of his way to help, encourage and guide anyone he can. He's had such a profound impact on members of his community from Youth football coaching, to showing young professionals the proper way to build safe, and sustainable housing for those in need.

I've known Brian to be a tireless worker, up before 5am and frequently sending me questions on recommendations of financing structures well after 10pm. He's honest and reliable, which are traits that are rare in the development space. The Jesuits call it, being "A Man for others". This is who Brian has been.

The purpose of this letter is to speak about the person I know who has had such a positive impact in my life and many other individuals within the industry. I ask that you may allow Brian to continue to serve the community, to continue to have a profound impact to those who lack opportunities and are commonly left behind.

Sincerely,

Justin Hill

Timothy Hill, Jr.
September 28, 2023

The Honorable Collen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Dear Judge, Kollar-Kotelly;

It is a genuine honor to write this character witness letter in favor of Mr. Brian Bailey. My name is Timothy Hill, Jr. and I am a Sr. Mortgage Loan Officer with US Bank based in Washington DC & having been serving the homebuyers of the DC Metropolitan area for over 20 years.

I have had the pleasure of knowing Mr. Brian Bailey for 15 plus years and I have found Brian to be an exceptional individual who consistently demonstrates admirable traits and qualities. Brian, possess a keen sense of integrity, honesty, and moral values. Brian actions and decisions are always guided by a strong ethical compass, and Brian has consistently shown respect for others. I will share with you the first time I met Brian at one of his rehab properties in Columbia Heights, NW DC. It was on or about 2008 and I was touring the property with Brian admiring the craftsmanship and focus to detail from the sidewalk to doorknobs, moldings, and other hardware to compliment the "Wow" finishes, Granite Tops, Stainless Steel Appliances, Impressive tile, and Hardwood flooring. What I witness on that summer day was a true Real-estate developer who "Honored" his employees. He did not call them his workers, but his "Team" (that's Coach Brian) and he spoke to them as an equal and with humility & on that day, I was ready to add my name as a Preferred Lender to any of his projects. Your Honor, I have partnered with some of the nation's largest Real-estate developers across the United States & I must say their treatment of the labor workers pale in comparison to Mr. Bailey.

Your honor I describe Brian as "Coach" in my previous paragraph and before "Coach Prime" (Deion Sanders) there was a youth football Coach called Brian Bailey & how he did it with his extremely busy work schedule & family dedication was extremely impressive. Brian coached football from his heart and not based on the schedule, playbook, or the number of WINS, and having played football & many other sports in my youth and college, I witness a young man (I am older than Brian) who focused on building up a young boy confidence while creating a true attitude to play and enjoy the game of football, win, or lose. With his coaching methods and style Brian created a winning program worthy of an invitation to be an Assistant Coach for the **NFL New York Jets.**

Brians impact to create affordable living in lower-income wards in Washington DC is more than impressive, it is inspiring. Unlike the larger real-estate developer firms who are buying properties in DC Southeast and their primary objective is to maximize their margin while providing sub-par housing is an insult (my professional opinion) to the communities of Washington DC. Brian creates what I would call **"Luxury Affordable Housing"** and the impact to the renters and or homebuyers is priceless. Many of the renters and buyers will only see these type of finishes and amenities in a magazine, Home & Garden TV or social media and consider it unattainable. Brian's team is providing high-end finishes and amenities known for the higher income wards / neighborhoods of Washington, DC and delivering the same "Quality" to the  Lower Income

residents of SE and other wards in the District of Columbia. Brian honestly believes no matter where you live it should be with dignity.

Your honor Brian is a bright light to our community and his ACTIONS not contributions (writing checks) but his physical actions to make our city a better place to live is paramount and not just with housing developments but many issues that plaque or city. I have never known Brian to say no to a community initiative that will have a positive impact to the community.

Yours Truly,

Timothy Hill, Jr.

The Honorable Colleen Kollar-Kotelly
United States District Cout
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Kollar-Kotelly:

I am a roofing contractor and the President of American Home Specialists, a company dedicated to addressing the roofing needs of Washington, DC residents through roofing repairs and replacements.

Over the course of five years, I have had the privilege of knowing Brian Bailey. During which time, I have attended several family gatherings and events of Brian Bailey', and have had numerous opportunities to observe his kindness and interactions with others. Throughout our friendship, I have consistently found Brian to be a person of exceptional character and someone who gives back to others.

Throughout our friendship, Brian has always demonstrated qualities of honesty, integrity, and compassion. He is not only a valued friend but has also provided me with assistance and support in both my personal and professional life. His availability to extend a hand to friends and those in need is a testament to his admirable character.

I am confident that Brian has a moral compass that is steadfast and unlike many others. Any potential imprisonment would undoubtedly reflect unfavorably upon the justice system, considering the impressive contributions he has imparted on me and the larger community.

Very truly yours,

Jonathan Scott Hoppe



Trian A. Johnson
Washington, D.C. 20007
September 28, 2023

The Honorable Colleen Kollar-Kotelly United States District Court
for the District of Columbia 333 Constitution Avenue, N.W. Washington, D.C. 20001

Dear Judge Kollar-Kotelly:
I am a Global Real Estate Advisor for TTR Sotheby's International Realty in Georgetown. I have been a licensed realtor since December of 1999 (24 years). I was a kindergarten and primary school teacher immediately prior to becoming a realtor.

The reason I reference this is because I grew up in Washington, D.C. and Montgomery County always attended private schools and had the benefit of having a very stable family. My background is the polar opposite of Mr. Brian Bailey. Although we started out on different sides of the city culturally Brian has surpassed every expectation that one would have of a person with his early background. I have never met a person more accomplished, humble, personable and giving than Brian.

I feel like I have known Brian a lifetime but in reality on a daily basis less than a year. Brian reached out to me in 2023 to let me know that he was still working in this tepid economy. He informed me that if I had anything that would be of interest to let him know.

Several months passed with no communication and I reached out to Brian because I needed help. Instead of me locating a property for Brian, I was having difficulty marketing a multi-million dollar property on Capitol Hill and reached out to Brian for perspective.

Brian and I spoke the following day and he researched the property, explained the property restrictions and succinctly derived why I was potentially having difficulty getting the property sold for my owner. Not one other real estate professional helped me with the depth of knowledge as Brian. Simply put, he explained that I was marketing to the wrong buyer because of the building restrictions, codes and potential use. This may appear to be a small gift but it was enormous to me. Most people will not give an absolute stranger an hour or more of their time.

From day one Brian has given me his time and knowledge. I thanked him and a few days later he reached out again to see if I needed anything and if there was a resolution with that property. We have been friends since.

Brian is a giving person. He consistently renders help in a philanthropic manner sense of expecting anything in return. Brian has always asked about my business and has advised me with extremely helpful information.

I had the privilege of going to one of Brian's buildings that bears a plaque with his Mother's image on it. Every person that Brian interacted with he asked if there were any concerns and if he could do anything better. This building is located near U street and is significant for so many reasons. Brian lived in this neighborhood as a child when it was one of the most drug infested, violent parts of the city. To now own property in this very vibrant, urban, albeit expensive neighborhood is an honor and tribute to his recently deceased Mother. It is a testament to her dedication in rearing (9) nine children in the District of Columbia when the streets were devouring the lives of youth via death or incarceration in record numbers.

Brian's work ethic and desire to be a better person is stellar. Usually when we speak he is picking up or dropping off one of his children to or from school. He is a dedicated parent and went back to school to earn his undergraduate degree after being found guilty by the Court. Brian is graduating in December and has already applied to graduate school. We only found out recently that we were both applying to the same masters program at Georgetown.

During this process we have read each others personal statements and resumes and are both hoping to gain acceptance into this challenging program and earn masters degrees.

Brian was a real estate agent and in 2007 when the market crashed he lost everything like so many families. Instead of crawling under a rock he still invested his time in the community. A very small excerpt from his admissions essay also highlights who Brian is:

"In 2008, I began mentoring at-risk youth and coaching youth football. This was the only thing that made me feel good. I was around kids who had no chance and no options. They were an image of myself, and I wanted to give back to change the direction of kids who were growing up in my predicament. My passion for mentoring kids by coaching youth football became the most important thing in my life. I've coached, and mentored hundreds of kids, and my youth football teams from 2008 – 2014 won two league Superbowl's, two state championships, and a national championship in Daytona, Florida. This improbable run, with these improbable kids, led to another improbable opportunity! In 2015, Todd Bowles was hired as the first African American NFL Coach in New York Jets history. Shortly after his hiring, he invited me to join his staff as an intern coach in the NFL. Having no formal high school or collegiate coaching experience other than youth football, joining the New York Jets staff was the greatest achievement of my life. After the 2016 NFL preseason, I decided to pivot and return to Washington, D.C., and dedicate my life to real estate."

Another personal experience that has absolutely nothing to do with work occurred when I was moving and working to clean out my storage unit in Montgomery County. Without a request, Brian called and

asked where I would pitch in to help but I learned a long time ago that if you need help he makes himself available.

His continual stance on giving was experienced by me again when Brian and I were having lunch where he had earned a significant number of points that could be used for discounted or free food. I asked him why he was saving them and not using the discount. Without skipping a beat, Brian said that he was giving those points and the free food to the homeless for them to be able to come into the restaurant and eat.

Brian has influenced my life in so many positive ways. I work more efficiently and I have spent more time working and addressing how I can give back to the community. I also have a plan to create and design a platform to help home owners, buyers and the real estate community across the country. We need better processes for communication and transparency in real estate transactions. Brian has offered to be of assistance to me to start this project correctly and I hope to have this operational before second quarter of 2024.

If you want to know the character of Brian W. Bailey then read 'The Go-Giver' authored by Bob Burg. It's a very small book but Brian exemplifies this life. The book has been described by the New York Times as "the most important parable about business - and life"

When people want to know how and why Brian is so successful he has a formula: Maximum Effort+Ultimate Sacrifice+ Commitment+Consistency! But truth is that Brian gives from his heart. When you give for the betterment of others the universe responds in kind.

I pray that The Court will grant leniency in this case. I wholeheartedly believe that Brian made an error in judgement but his value to the community is boundless. He is a giver of his time and resources. Brian takes adversity and turns a negative into a positive.

I am honored to have Brian as a real estate colleague and friend and know that he is an asset and admired person in this community and beyond. Any characterizations opposite of this are from people that don't know him and have not spent time with Brian.

I do not believe that there is any benefit to the community to have Brian serve time in prison. Since he was found guilty, Brian has continued to work on himself, enroll in college to earn a bachelors degree where he is on the Deans List and continued to be an exceptional parent. I admire his courage to not become depressed and to continue to do great things in the community in spite of.

I believe that Brian would be better served teaching and helping young men to get beyond their current circumstances. Incarceration for a non violent crime serves no good for anyone.

Pleading for your leniency in this case.

If I could recommend any aspects of sentencing, it would be community service and credit for time served from the time of conviction to sentencing.

Thank you in advance for your time.

Respectfully submitted,

*Trían A. Johnson*

Trían A. Johnson

Courtney Jones

Hyattsville, Md 20782

09/18/2023

The Honorable Colleen Kollar-Kotelly

United States District Court

For the District of Columbia

333 Constitution Ave N.W.

Washington, DC 20001

Dear Judge Kollar-Kotelly;

My name is Courtney Jones, and I am writing to you today as not only a vendor that has done business with Mr. Brian Bailey over the past 5 years, but also a close family friend. What started out as a business relationship/partnership that conducted business with Mr. Bailey, very quickly turned into a friendship the more that I was able to spend time with him to learn what he needed from me to be successful in his business ventures.

Five years ago, I met with Mr. Bailey to talk about what he needed from me and the building I am blessed to lead and support. At our first introductory meeting, Mr. Bailey invited me out to a jobsite for which I met him at the following week. That day we walked several of his properties which I liken to what Mr. Scrooge went through in A Christmas Carol. I was able to see a building that he had just procured, one they were currently working on, and finally one that had residents that had moved in. The finishes that were in these new homes were amazing! The smiles on the residents' faces were shinier than the stainless-steel appliances that he had in the units. There was a true sense of community with those that I spoke to because they felt their value living in a building that Mr. Bailey had built for them. Mr. Bailey knew everyone's name, talked about what was going on in their life, truly made them know their worth. The residents I spoke with were proud to call that building their home and I could see why.

After that day, Mr. Bailey began conducting increased business with my building. I am the General Manager for a Home Depot in the DC metropolitan area. It is truly the best, most humbling job I have ever had. It is because of clients like Mr. Bailey that trust me with their business, I get to provide a profitable business to my stakeholders and support my community. Based on the frequency that Mr. Bailey was coming in and doing business with the store, I was able to partner him up with an up-and-coming associate that could give him and the business more time and attention to ensure that his business needed. As his business grew, that associate was able to grow with it and show true leadership in her own way and is now a Department Supervisor in my store. To this day, she also speaks volumes on the confidence that she gained in working with and on Mr. Bailey's account.

As I mentioned in the beginning, what started out as a relationship/partnership developed into a friendship that I am proud to say will last a lifetime. I have been blessed to get to know the whole Bailey family throughout the years. I have been honored to attend many family functions, and without a doubt recognize that Brian is the patriarch of the WHOLE Bailey family unit.  With the years that have passed, Brian has taken the time to know me as well.  He has encouraged me to pursue what has always been a hobby to me as maybe something that I can grow into a business.  Brain knows about by family, asks about them often.  When I have had personal strife, Brian was one of the first people who called to check on me, offering me support when I needed it the most, making sure I found the way out of the deep hole I was in.

 I could go on and on about Brian the friend, but Brian Bailey is bigger than a friend to Courtney Jones. Brian Bailey is a proud son of Washington DC that gets up every day with the intention of making sure the current sons and daughters of Washington DC have the same opportunities he has made for himself. Brian Bailey is a son of DC that is committed to making sure that the current sons and daughters of DC have a safe, respectable home to come home to every night. Brian Bailey is a son of DC that wants to see his city continue to shine and flourish. Brian Bailey is a son of DC that makes me want to continue to be a better business partner for him as well as a better leader for my store.

Mr. Bailey is a valued asset to the community that he continues to support with not only his words, but more over his actions in continued investments in people and buildings others have left behind. Admittedly his ethos of taking care of the community has rubbed off on me quite a bit as has his leadership style. It is amazing to me that while he continues his investment in the community, he also finds the time and dedication to invest in himself by furthering his education while still supporting his family and friends in their lives.

In closing, I will leave you with this. Rehabilitation, debt to society, punishment, deterrents etc. take on many looks. While I am sure there is some sort of sliding scale, precedence that has been set, I can confidently say the more time Brian can directly support the community that has come to rely on him, the better we all are. There is value in allowing him to continue to serve the community with as little confinement as possible, that I truly believe.  In times like these, don't we need positive examples continuing to provide safe spaces for families to come home to every night?  I think so.

Thank you for your time,

Courtney Jones

Re: Character Reference for Brian Bailey

To Whom It May Concern,

I am writing this character letter to provide a strong character reference for Brian Bailey, whom I have had the privilege of knowing for 49 years. Throughout our long-standing friendship, I have had the opportunity to witness Brian's remarkable qualities and can unequivocally vouch for his character.

First and foremost, Brian is an exceptional family man. He has always prioritized the well-being and happiness of his loved ones, going above and beyond to ensure their needs are met and their dreams are nurtured. His dedication to his family is unwavering, and he consistently demonstrates love, support, and care for his spouse, children, and extended family. Brian's strong moral values and commitment to his family make him an exemplary role model.

In addition to being a dedicated family man, Brian is an incredibly hardworking individual. He approaches every task with determination, perseverance, and a strong work ethic. Throughout his professional career, Brian has consistently displayed exceptional dedication and commitment to his responsibilities. His reliability, diligence, and willingness to go the extra mile have earned him the respect and admiration of his colleagues and business partners.

Brian's giving nature and fairness are qualities that truly set him apart. He has a remarkable ability to empathize with others and offer a helping hand. Brian selflessly dedicates his time, resources, and effort to support those in need within our community and elsewhere. His generosity knows no bounds, and he consistently demonstrates a genuine desire to make a positive impact in the lives of others. Moreover, Brian's sense of fairness and justice ensures that he treats every individual with kindness, respect, and equality, regardless of their background or circumstances.

Above all, Brian is a kind-hearted and compassionate individual. His genuine care for others and his willingness to lend a listening ear and offer words of encouragement make him a trusted friend and confidant. Brian's positive demeanor and ability to find the good in every situation create a welcoming and supportive environment for those around him.

Based on my 49 years of friendship with Brian Bailey, I wholeheartedly believe that he is a person of integrity, compassion, and honesty. He has consistently demonstrated his commitment to his family, his work, and his community. I would like to request the court's leniency and consideration in his case, as I firmly believe that Brian's exceptional character should be taken into account.

Thank you for considering my character reference for Brian Bailey.

Sincerely,

James Killette, MA, AM

oelle Lawrence
Upper Marlboro, MD 20774
September 28, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
 for the District of Columbia
333 Constitution Avenue N. W.
Washington, D. C. 20001

Dear Judge Kollar-Kotelly:

I work for the University of Maryland Medical System. I am a labor and delivery Registered Nurse. My job entails ensuring patient safety, assisting with the delivery of newborns, postpartum and newborn care, and medication administration.

I have known Brian for 10 years on a personal level, as I have been dating his son throughout the years. Being so close to Brian I have seen him assume many different roles. A kind but authoritative leader, a hardworking and dedicated student, and most importantly- a loving son, husband, father and friend.

Brian's character is kind, strong willed, caring, supportive, and family centric. To his friends and family, he is supportive, nurturing, and always one to count on. When I made the decision to go back to nursing school for my second Bachelor's degree, he was so proud and always made sure to tell me that throughout the program and at my graduation. He's taken me in and made me feel like family from the very beginning. I have been very lucky not only to have my dad, but another dad in Brian.

Brian's imprisonment will affect our entire family. Our family unit will feel empty, missing one of our most important members. Special occasions won't feel the same and dinner's will be empty. His wisdom, integrity and protection will definitely be missed. We are sorely regretful knowing what he might be up against.

Very truly yours,

Joelle Lawrence

Joelle Lawrence

September 27, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
 for the District of Columbia
333 Constitution Ave NW
Washington, DC  20001

**Re:  Brian Bailey – Character Letter for Sentencing**

Dear Judge Kollar-Kotelly:

My name is Julius Lofton, and I am the proud owner of a small tailoring business in Washington, DC, started by my grandfather 80 years ago. Waiting for my parents to get off work, my siblings and I would go to my grandfather's shop after school to do our homework and help clean up. Because we were always fascinated watching him sew and interact with his customers, we would attempt to mimic what we saw, only to have my grandfather correctly instruct us. This is how my siblings and I learned the craft and were fortunate to grow the family business in which we proudly have (3) locations.

This is also how, when, and where I first met my friend, Brian Bailey, whom I affectionately call my brother. Though we lived in the same neighborhood (not far from each other), we did not attend the same school. Brian's mother brought her clothes to my grandfather's shop to be altered, and Brian would come with her. We would talk and play while they conducted business. Brian and I became friends early and have been for **over 50 years**. We may not talk daily because of our busy schedules and family obligations, but we love each other like brothers. I affectionately called his mother "Ma" (as he did mine); I was a groomsman at his wedding; I love his wife like she is my sister; we are known as uncles to each other's kids; we get together for family celebrations, holiday parties; we go fishing and attend sports outings together; and we both like fashion so he is a good client of mine. We have always been there for each other over the years – most recently,

with everything he is going through, he was there for me when I lost my oldest daughter to suicide in June.

From day one, Brian has been a loyal friend to me and so many. He loves the Lord and his family; everyone knows he was a mama's boy and adores his mother. he is a provider and always looks out for others. Brian owns a successful business because he is hardworking, focused, and intelligent; he is humble—the true definition of a friend and businessman.

Since a jury of his peers has found him guilty of the crime, which is punishable by law, I am asking the court for leniency when sentencing Brian. He has had plenty of time to reflect on his actions regarding his business dealings and understands the seriousness of the crime he has been charged with. I know Brian feels he has been punished already for his actions - the humiliation, feeling depressed, isolated, and remorseful; and I pray this one mistake will not define him for the rest of his life. During this process, he also realizes the turmoil and hardship he has brought on himself, his family, and everyone who believes in him. Brian knows he must accept his fate and take full responsibility for his actions.

Your honor, there are many bad people in the world, but Brian is not one of them. I hope this letter gives you some insight into who he really is, what he means to many people, and that he deserves another chance. After reading this letter, I hope the courts find incarceration is not the best form of punishment nor beneficial for his actions regarding sentencing. Brian's sentence would be better served by Brian trying to right his wrong by continuing to be a productive tax-paying citizen, giving back to the community, all while fulfilling his guilty sentence in whatever way the court sees fit, just not behind bars.

I hope this letter helps the courts decide the sentencing for my good friend, whom I call my brother, Brian Bailey.

Sincerely,

Julius Lofton
Friend of Brian Bailey

Adolphus T Miner Jr

Commercial Real Estate Advisor

Fairfax, Va 22030

September 17, 2023


The Honorable Colleen Kollar-Kotelly

United States District Court

for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C. 20001


Dear Judge, Kollar-Kotelly:

I am writing to you as a Commercial Real Estate professional and a close friend of Brian Bailey. I have had the privilege of knowing Brian for a significant period and have benefited greatly from his knowledge and wisdom in the field of commercial real estate investment. Our relationship extends beyond professional collaboration, and I would like to share my perspective on his character and the positive impact he has had on my life.

"I have had the privilege of knowing Brian for over 3 years, during which time we have worked closely together in the field of commercial real estate. Beyond his professional expertise, I have witnessed firsthand how Brian treats his employees with the utmost respect and care, like they are his own family. His dedication to nurturing a supportive and collaborative work environment is truly commendable. Brian's leadership style not only fosters loyalty and dedication among his team members but also brings out the best in them, encouraging creativity, innovation, and a sense of belonging."


Beyond his professional accomplishments, Brian is an exceptionally honorable individual. He has consistently demonstrated his commitment to integrity, ethics, and honesty in all our endeavors. Brian is not only a good friend but also a role model for those who have had the privilege of knowing him. His community service efforts, dedication to personal growth, and willingness to mentor others reflect his true character.

I firmly believe that Brian is a person who contributes positively and passionately to society. His imprisonment, in my opinion, would not serve any useful societal purpose. Instead, it would deprive his family, friends and the community of a dedicated and upright individual who has the potential to continue making meaningful contributions to his family, his community and society.

Personally, Brian's imprisonment would have a significant impact on me as I highly value our professional collaboration and personal friendship. His absence would leave a void in both my personal and professional life.

In conclusion, I respectfully request that you consider Brian Bailey's character and the positive influence he has had on those around him when determining his sentence. I believe that leniency would be in the best interests of both Brian, his family, and his community.

Thank you for considering my perspective, and I trust that you will weigh all factors carefully in making your decision. Thank you!

Sincerely,

Adolphus J. Miner J.

Adolphus T Miner Jr

Commercial Real Estate Advisor

Fairfax, Va 22030

September 22, 2023


The Honorable Colleen Kollar-Kotelly

United States District Court

for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C. 20001


Dear Judge, Kollar-Kotelly:

I am writing to you as a Commercial Real Estate professional and a close friend of Brian Bailey. I have had the privilege of knowing Brian for a significant period and have benefited greatly from his knowledge and wisdom in the field of commercial real estate investment. Our relationship extends beyond professional collaboration, and I would like to share my perspective on his character and the positive impact he has had on my life.

"I have had the privilege of knowing Brian for over 3 years, during which time we have worked closely together in the field of commercial real estate. Beyond his professional expertise, I have witnessed firsthand how Brian treats his employees with the utmost respect and care, like they are his own family. His dedication to nurturing a supportive and collaborative work environment is truly commendable. Brian's leadership style not only fosters loyalty and dedication among his team members but also brings out the best in them, encouraging creativity, innovation, and a sense of belonging."


Beyond his professional accomplishments, Brian is an exceptionally honorable individual. He has consistently demonstrated his commitment to integrity, ethics, and honesty in all our endeavors. Brian is not only a good friend but also a role model for those who have had the privilege of knowing him. His community service efforts, dedication to personal growth, and willingness to mentor others reflect his true character.

*The Honorable Colleen Kollar-Kotelly*
*United States District Court*
*for the District of Columbia*
*333 Constitution Avenue, N.W.*
*Washington, D.C. 20001*
*Dear Judge Kollar-Kotelly:*

I'm writing this letter on behalf of Brian Bailey based on my experiences with him over the last 30 years in my rise to being a community leader in the DMV. Me and Brian have similar stories in life. I watched him endure adversity, trials, and tribulations before becoming a successful businessman. I watched him humbly work in stores and for others as we talked about our dreams of success and finding ways to help young people in our community. Like Brian, I would go through many roadblocks to make it in the non-profit and social enterprise world because I never gave up. As I worked on my current project with former gang members whom I helped transfer into businessmen and women where we have created a community hub in Historic Anacostia, Brian has always been there to help us financially when we needed help but most importantly give advice where we didn't have a lot of experience. For example, we are building an event space and a Go-Go Music Museum for our community, and we had significant roadblocks. One of the roadblocks was getting an easement agreement with a business owner who owned a lot behind our project, or we would not have been able to get permits to start our project. He has also taken the time to come out and motivate youth and adults in our life skills and workforce development programs.

I also know of the many people he has helped in our community, especially returning citizens who have returned home to a city that is often hard to adjust to as it has changed so much. He is an essential jewel in our community, and I ask that you please consider this in his sentencing as he is an asset to our community and his wife and family, who depend on him as a leader, husband, and father in a world that has become extremely dangerous.

Lastly, I want to let you know I'm often asked to write letters for people being sentenced, and I rarely write them as my name and reputation mean the world to me, and I can't vouch for people whose hearts I can't feel or don't know. I know Brian, and I've watched him become a pillar in our community in more ways than one. Therefore, I ask whatever sentence you give him allows him to stay in the community where he is needed. Any consideration would be deeply appreciated.

Sincerely,

Ronald Moten

Lolita Munir
3889 Branch Ave #2290
Temple Hills, MD 20748

410-916-3261
September 27, 2023

Dear Honorable Judge Colleen Kollar-Kotelly

My name is Lolita Munir, Owner of Sterling Optical, Sterling
Property Investors and Founder of Sterling Cares non-profit. I
have known Brian for nine years. I am writing this letter to
wholeheartedly endorse and celebrate the exceptional character
and contributions of Brian. Brian, a truly remarkable individual
who has demonstrated unwavering dedication and commitment
to making a positive impact on the lives of others and our
society as a whole.

Brian's involvement with the Sterling Cares program is nothing
short of inspirational. His work mentoring youth within the
program has left an indelible mark on countless young lives.
Brian's ability to connect with and empower these young
individuals is truly commendable. He goes above and beyond to
instill in them a sense of purpose, self-esteem, and the belief that
they can achieve anything they set their minds to. Brian's
mentorship has undoubtedly helped shape the leaders of
tomorrow.

Beyond his involvement with Sterling Cares, Brian has taken
remarkable strides in addressing the issue of homelessness in
our community. His tireless efforts to feed the homeless
demonstrate his genuine compassion for those less fortunate.
Brian's commitment to providing not just food but also hope and
dignity to the homeless population has had a profound i ct on
improving their lives. He understands that a meal can provide
not only sustenance but also a glimmer of hope, and he
consistently delivers on that understanding.

Furthermore, Brian's involvement in real estate, homeownership, and entrepreneurial mentorship is equally commendable. His dedication to helping others achieve financial stability and independence through real estate investments and entrepreneurship is truly transformative. Brian's mentorship has enabled countless individuals to attain homeownership, start their own businesses, and secure their financial futures. His guidance and expertise have opened doors that many thought were out of reach, and in doing so, he has empowered individuals to create lasting generational change.

The impact that Brian has had on our society through his involvement in these activities is immeasurable. His selflessness, compassion, and dedication have not only transformed the lives of those he directly mentors but have also rippled through our community, creating a more compassionate, inclusive, and prosperous society.

In conclusion, Brian is an exceptional individual who has demonstrated an unwavering commitment to mentoring youth, feeding the homeless, and providing guidance in real estate and entrepreneurship. His impact on our society is nothing short of extraordinary, and his actions serve as an inspiration to all who have the privilege of knowing him. I wholeheartedly endorse Brian and his exceptional contributions to our community and so#·ty.

Si    rel

Lolita Munir

# Character Reference Letter for Court Sentencing

Dwight P. Nelson

CEO

Nelson Investment Group LLC.

Nelsoninvestmentgroup@gmail.com

443-635-0255


09/09/2023


The Honourable Judge Kollar- Kotelly

United States Courthouse

333 Constitution Avenue, N.W.

Washington, D.C. 20001


**Subject:** Character Reference for Brian W. Bailey


Dear Judge Kollar- Kotelly

I am writing to provide a character reference for Brian W. Bailey, who is due for sentencing before your court on 10/12/2023. As a mentee - friend, I believe I am in a unique position to provide valuable insights into Brian W. Bailey's character, integrity, and values.

I have known Brian W. Bailey for three years, during which time I have found him to be very enriching on a business and personal level. Brian has made it a priority to invest in my personal growth and our friendship. I am constantly humbled by Brian's attention to others needs around him and how he donates a great deal of time and his resources to the community. He has consistently demonstrated these traits through his action to the point of witnessing Brian receiving one of Washington D.C. highest honours from the Mayor of D.C.

I met Brian at the peak of his business ventures and he had taking time out to become a mentor to me in real estate. Reflecting on times, that I rode with Brian to his buildings in D.C. and

seeing how he was investing millions in underserved communities. Brian Bailey has helped local communities on so many levels by providing skilled trades and jobs to young men that would be otherwise shut out from learning a new skill set. Lastly, Brian has raised the standards of living by offering upscale properties in areas that have been traditionally surrounded by blight.

I understand the severity of the charges levelled against Brian W. Bailey, and I do not wish to undermine or trivialize them. However, I do believe that it is crucial for the court to be aware of the side of Brian W. Bailey that I have witnessed personally. This side contrasts with the picture painted by the charges against him.

I am also aware of Brian's efforts towards making amends or rehabilitation since the incident occurred. Brian has gone back school to complete his degree and applied for one the top graduate schools in the country. In my opinion, Brian W. Bailey is not a person who is defined solely by the actions leading to this case.

I kindly ask that you take my testimony into account when considering the sentence for Brian W. Bailey. While I acknowledge the need for justice to be served, I hope for a fair judgement that allows Brian W. Bailey an opportunity to rectify his mistakes, learn from this experience, and continue to contribute positively to our community.

Thank you for your time and consideration.

Sincerely,

Dwight P. Nelson

The Honorable Colleen Kollar-Kotelly
United States District Cout
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Kollar-Kotelly:

I am the Director of Association Management for EJF Real Estate Services, responsible for overseeing the management of more than 380 condominium and cooperative associations in the District of Columbia. My role encompasses mentorship, education, and addressing higher level issues our clients encounter to ensure their concerns are promptly and effectively resolved.

My personal connection with Brian Bailey spans more than five years, during which time I've come to regard him as one of the most authentic individuals I have had the pleasure of knowing. My husband and I have been actively involved in numerous family gatherings organized by Brian, consistently experiencing an exceptional sense of warmth and hospitality in his home and company. Throughout our friendship with Brian, I have consistently observed him embody qualities of honesty, integrity, and compassion and someone who contributes positively to our community.

Brian has demonstrated his commitment to the local community through various avenues and I have had the opportunity to observe his unwavering dedication to making a positive impact in our local neighborhoods through charitable giving. His dedication to volunteerism, I believe, has made a tangible impact on the lives of those who may be struggling emotionally and financially. Brian's willingness to go of and beyond for the betterment of others serves is an inspiring example that should be emulated more broadly in our community.

Brian has never been someone to seek recognition or accolades from his friends, family, or the community he serves; rather his actions are driven purely by the genuine desire to inspire others to give-back and to simply make our community a better place for everyone.

I am confident that Brian is a person of high moral character. Any potential imprisonment would undoubtedly reflect poorly upon the justice system, given his contributions to family, friends, and the community have been quite impressive.

Very truly yours,

Jennifer Oberg

Corbin Patterson
Hyattsville, Maryland
September 28th 2023

The Honorable Colleen Kollar-Kotlley
United States District Court for The District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Character Reference for Brian W. Bailey

Dear Judge Kollar-Kotlley,

I am an electrical engineer for the District of Columbia Department of Transportation. I've been employed with them for 17 years. Brian and I have been friends for over 30 years. He is one of the most loyal and giving people I know. He has been there for me in my darkest times. I've watched his business grow over the years and he hasn't allowed his wealth to change him one bit. He's helped so many people, especially in the poorest communities in our city where no one else will invest. I've seen how he treats his tenants, and they love him. If you send Brian to prison it could have a devastating effect on those underprivileged families that live in his buildings.

This case has been going on for almost five years. I can't imagine how much he's suffered. I know he's living with a lot of regret because he has told me that in conversations. I understand that you must sentence him, but you are the one that will make the last call on this. I respectfully ask for you to be lenient and find an alternative to sending Brian to prison. I can attest to how bad he feels for everyone involved. I respectfully ask you to take this into consideration.

Brian has lost a lot including his mother, who I knew very well. After everything Brian has been through, he even went back to school to get his degree. I am also aware that he is going to Georgetown to get his master's degree. Our community look up to him. Brian is a role model Your Honor, and I am asking you to consider home confinement or probation. I know he will never be in another situation like this ever again.

Respectfully,

Corbin Patterson

Sept 27th, 2023

Dear Judge Kollar-Kotelly

It has been my privilege to know Brian in a personal and professional capacity and serve under his leadership as he mentored me for the last 5 years. We met well over 12 years ago as young adults both with ambitions of being entrepreneurs. I at the time was early in my career as a firefighter and Brian was in corporate America.

About 6 years ago we ran into one another and began to talk about real estate. I informed Brian and what my goals were and Brian began to share his knowledge with me. From that day forward, not a week has gone by where Brian doesn't check on me and ensure that I am working towards my goals, sometimes he calls, sometimes he shows up at the firehouse.

Brian has a heart for people and a personal commitment to be of service. As evident in his day-to-day routine, he is committed to helping others succeed. He is caring, giving, honest, hardworking and has a genuine personality with the ability to inspire others to greatness. He works hard to lighten the load of those around him and graciously extends his hand to help anyone in need.

Brian consistently gives back to his community. He is one of the most generous supporters and donors of our annual toy drive. He is generous not only with his resources but also with his time. He helps assemble toys, distributes them and serves food to the families. I believe he gets more joy from giving toys than the underserved kids receiving them.

No matter what you're going through, Brian has a way of engaging you to be your best. He is committed to sharing his knowledge and helping others win. This is exactly what he did for me. I've witnessed him demonstrate a level of excellence with every commitment or project he undertakes.


Respectfully,

Ronaun Perez
202 438 6520

Jeffre Powell, Upper Marlboro, Maryland 20772

September 25, 2023

The Honorable Colleen Kollar-Kotelly United States District Court for the District of Columbia 333 Constitution Avenue, N.W. Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am writing to provide a character reference for Brian Bailey, whom I have known for the past two years. During this time, I have had the privilege of working closely with Brian and engaging in numerous conversations on a wide range of topics. I have come to view him as a strong leader and a dedicated protector of his family and close friends.

Brian's willingness to share his knowledge and unique perspectives on various matters has been invaluable to those around him. He has a remarkable ability to convey complex concepts in an easily understandable way, which has benefited many individuals, including myself. His guidance on legal strategies for wealth accumulation has been particularly inspiring, and I have heard positive feedback from several young men who have sought his counsel.

I have also had the opportunity to observe Brian in his personal life, interacting with his wife and adult children. It is evident that he deeply loves his family, and his dedication to raising respectful, educated, and capable children is commendable. In summary, Brian is a person of honor and a positive influence on those fortunate enough to know him.

Before composing this letter, I took the time to acquaint myself with the details of the allegations against Brian. My primary concern is that justice is served. In contemplating what justice entails in this case, I considered potential victims and the impact of their experiences. I also pondered the consequences of Brian's incarceration and what society might lose by removing him from our community. I see no tangible benefit to society in such a scenario.

Regarding the idea of teaching Brian a lesson, I believe it is important to recognize that a conviction itself will remain a permanent reminder of his actions, closing doors to future opportunities. I acknowledge that Brian has already incurred substantial legal expenses, and the prospect of a sentence is undoubtedly daunting. In my view, he has already paid a significant price for his actions.

I implore the court to consider alternatives to traditional incarceration. I believe that the court has the authority to order community service that not only serves a meaningful purpose but also conveys the necessary message of accountability. Such an approach would ensure that any additional consequences are beneficial to society, rather than simply punitive.

I hope my perspective on Brian's character and the potential outcomes of this case can assist the court in making a fair and just decision. Thank you for your attention to this matter.

Sincerely,

Jeffre Powell

Wednesday, September 27, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Character Letter for **Brian Bailey**

To the Honorable Judge Kollar-Kotelly

I have known Brian Baley as a good friend for over 24 years.  I was both troubled and surprised to hear about his recent case as he has always been a rather solid person.  It is for this reason that I am happy to write a letter of reference for Mr. Brian Bailey regarding this matter.  I understand the seriousness of this matter however, hope the court will show some leniency.

Brian has always been an upright character in the community. In our friendship, he has really been there for me.  He made it a point to be there and show a significant amount of support after the sudden loss of my oldest brother.  It was Brian that was a source of camaraderie for both me and my family.  He has truly been an invaluable friend over the years.

In addition to our frienship, he is usually an upstanding member of the neighborhood.  While it is unfortunate that he has made some bad decisions, thus resulting in this case.  While I was surprised to hear of this misconduct, it comes as no surprise that he is ready to accept responsibiity for his actions.  I believe that as we move foreward, he will emerge a better person.  In short, Brian expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing.  Despite the current case, I still believe that Brian to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

Anthony F. Quildon
Proprietor, Cuttin-Up Barber Shop
Washington, DC  20001

Alvin Rice
Washington, D.C. 20002
September 28, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

     I am submitting this letter on behalf of my very dear friend Mr. Brian Bailey. I am a long-time resident of Washington D.C. As a real estate agent, I provide services to the general public, investors and developers within the metropolitan Washington, D.C. area. I've enjoyed working professionally as an agent and investor for more than 14 years.

     I have known Mr. Bailey for over 10 years, and I can certainly attest to his integrity, outstanding character, and empathy towards others. Mr. Bailey is a smart, hard-working individual who I've known to be a loving husband, father, friend, and strong advocate in his community. In addition, Mr. Bailey is also a successful real estate developer whom I have always known to show constraint, and the highest level of professionalism, morality, and ethics.

     In the past, I've had the pleasure of working with Mr. Bailey on a few projects. Mr. Bailey has always shown his ability to bring individuals together by creating win/win scenarios. His approach is to ensure that everyone is handled equitably, and with fairness. I recall a time when this elderly woman was threatened with eviction and nowhere to go. She was offered pennies for her rights as a Tenant. The news was devastating to Mr. Bailey. He immediately organized a relief effort, and worked endlessly to ensure that this elderly woman had the finances and housing needed towards her next chapter in life. That's who Mr. Bailey is. His life work has been coaching and teaching our youth as a football coach. He has built a promising business that empowers, educates, and employs our young Black and Latino families in the community. This is *"the"* Mr. Bailey I have known for so many years. A man of great compassion for others – a man that lives life with regard, and above the line.

     I am aware of the verdict handed to Mr. Bailey late last year. According to the evidence presented, I found myself in total disbelief of the Courts decision. With that said, it would certainly be a travesty and injustice to impose any form of imprisonment or sever punishment. Given the nature of the said crime, I am hopeful a sentence of *"no time served"* will be that of the Courts decision. At worst, given the importance Mr. Bailey is to his wife, his children, the young men, and woman he mentors and employs in the community, a decision from the Courts of some form of community service would be seen as an appropriate sentencing.

In conclusion, Mr. Bailey is an exceptional individual who has made a positive impression on those around him. He is a man of great character, a hard worker, a family man, and will continue to be an asset to his community, and humanity. I trust that you will take this letter into consideration as you make your decision.

Sincerely,

Alvin Rice

Dion Robertson

Greenbelt Maryland


The Honorable Colleen Kollar-Kotelly

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington DC 20001


Dear Judge Kollar-Kotelly

 I am a retired Firefighter and current member of the B.W. Bailey LLC management team which includes General Contracting Solutions.

I've known Brian for over 40 years and have grown up with him and his family and have experienced all the highs and lows that occur with all families and consider the Bailey family as my own family. I've learned much from him in the field of real estate and business, this convictionhas had a painful effect to our business and my own personal professional growth

I understand the consequences of the jury's decision that was reached but I believe that this incident is an exception to the way he has conducted his life. I believe that he will learn from this mistake and make amends. Brian has personally grown from this and is attempting to make this incident an opportunity to become a productive member of our society. I ask that you consider his family and friends and health as a senior member of our community and potential for rehabilitation when reaching a decision in Brian's case.

I wish to thank you for your time and consideration.

Sincerely,

Dion  Robertson

Ian Ruel

Bethesda, MD 20817

Date: 9.26.2023

The Honorable Colleen Kollar-Kotelly

United States District Court

for the District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

My name is Ian Ruel, and I am a Managing Principal at Feldman Ruel, a real estate company that focuses on investment sales and property management.

I've known Brian for a few months now on a professional level, but since then our relationship has also transitioned to a personal relationship as well. We talk on a regular basis and I find him to be an interesting, thoughtful, engaging individual.

Brian is a good person because of all the incredibly challenging life experiences he's endured, and how's he's turned his life around and persevered through good times and bad. It's a truly inspirational story. In addition, Brian is a stand-up guy who is very well-regarded as being honest and principled in the real estate industry.

Imprisoning an individual like Brian who has worked so hard to turn his life around and is an inspiration to many members of his community would be a shame. I'm hoping that the Honorable Collen Kollar-Kotelly can structure a sentence that allows Brian to remain a part of the community, where he can continue to inspire all those around him in a positive way.

Very truly yours,

Herbert Schwat
Washington, D.C. 20007
September 28, 2023

The Honorable Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am Herb Schwat, Managing Director of Greysteel's Mid-Atlantic Multifamily Group, headquartered in Bethesda, MD and principal of HCS Investment Realty LLC, a Washington, D.C. business. In these roles, I lead a team of fifteen commercial real estate investment sales professionals who work with owners of commercial real estate throughout D.C., MD and VA to assist them in marketing, selling, refinancing, and evaluating their real estate assets.

I have had the privilege of knowing Brian for approximately five years due to our overlapping careers and professional interactions. I first crossed paths with Brian in the multifamily real estate industry, where our paths frequently intertwined as we both pursued our professional goals.

Over the years, I have come to know Brian as a man that is committed to following through on his promises and keeping his word. In both our professional and personal interactions, I've consistently seen Brian do what he says he will. He's a dependable individual who takes his commitments seriously, which fostered trust and reliability in our relationship.

However, Brian's qualities extend far beyond his professional achievements. He is an individual who values his relationships deeply and consistently includes his family and friends in his successes. I have long admired Brian for involving his family in his successful real estate business, and I have long observed that he is a dedicated father and mentor to young professionals.

As you consider the sentencing factors for Brian, I firmly believe that Brian's character reflects a person who can contribute positively to commerce, society and our community.

Thank you for your consideration.

Sincerely,

*H. Schwat*

Herbert Schwat

David Snider
Washington, DC 20024
September 27, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly,

I am a real estate agent with Compass Real Estate in Washington, DC and Maryland. I've worked full-time in this industry since 2014. I've met hundreds of different agents, contractors and clients over that time period.

Brian and I have been friends since 1985 when we met at Wilson High School. I've observed him in countless exchanges among our friends and between ourselves. When we were young, Brian's reputation was positive. His outgoing personality, intelligence, humor and overall friendliness made him popular among our peers. I always looked forward to our time to hang out together because his companionship, friendship and attention were positive experiences. In small ways, Brian consistently let me know that he cared about my progress. Everyone I knew loved Brian Bailey.

Our lives drifted apart after school but we reconnected many yers ago and continued our friendship. When I became a realtor, Brian and I spent time a lot of time discussing our business approaches, and I learned a lot from his advice about my fiduciary duties towards my clients, and about how to provide a better service to my clients.

The most interesting and telling moments happened when Brian and I would visit his apartment building properties. I got to see the impact of his care and attention on the lives of his tenants. Old retired ladies, and mothers with their small children, and regular guys coming back home would greet him with warm, kind words, hugs and praise. "Whatever you need, just let me know," were the words he repeated to all of them. They were having ideal experiences as tenants in his buildings, which is the opposite of many people in our city. His tenants felt that he respected them, and their gratitude and affection towards him was impressive.

I knew Brian before he became a prosperous businessman. I spent time with his wonderful mother at their home on Q street NW. I've seen where Brian comes from, and I admire Brian's work ethic, generosity and determination to lift people up, not tear people down. In many essential aspects, I look up to Brian and I wish I could be more like him.

In light of this sentencing phase, I honestly feel that he should be allowed to return home because nothing good will come from removing Brian from our city. It will have a depressing and sad effect on many, many people including me, if Brian is incarcerated. Our community needs more people like Brian Bailey to lift us up and help us move forward.

Thank you,

David Snider

**Max Snider**
Washington, DC, 20001
September 26th, 2023

**The Honorable Colleen Kollar-Kotelly**
**United States District Court**
**for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, D.C. 20001**

Dear Judge Kollar-Kotelly,

I am writing to you in my capacity as a Commercial Real Estate lender and a former Vice President of Commercial Real Estate Lending at Capital Bank in Rockville, MD. During my tenure in that role, I had the privilege of working closely with Brian for over six years.  I first crossed paths with Brian when he approached Capital Bank seeking financing for his affordable housing projects in Washington, DC. Over the years, I have had the opportunity to closely interact with him, and our professional relationship has grown into a strong and mutually respectful partnership. Brian is not just a client but also a respected member of our local business community.

Brian's dedication to providing safe, clean, and affordable housing to thousands of tenants in Washington, DC, is truly commendable. His work in the field of affordable housing has had a profoundly positive impact on our community, ensuring that individuals and families have access to quality housing options. His commitment to maintaining high standards of living for his tenants, while also keeping the housing affordable, demonstrates his unwavering dedication to our community's well-being.

Brian's financial responsibility and integrity as a client have been consistently impeccable. Over the course of our professional relationship, I had the opportunity to lend him over $15 million, and he has always met his financial obligations promptly. His financial stability and reliability are a testament to his strong character and his commitment to his business and community.

Given Brian's track record and the nature of his work, I firmly believe that his imprisonment would not serve any useful societal purpose. On the contrary, it would disrupt the essential work he is doing in providing affordable housing to those who need it most. His continued involvement in this field contributes to the betterment of our community and aligns with broader societal goals of ensuring housing stability and economic security for vulnerable populations.

In conclusion, Brian is an outstanding individual whose work has a significant and positive impact on our community. I urge you to consider alternative sentencing options that allow him to continue his essential work in affordable housing and maintain his status as a responsible and contributing member of our community. Imprisonment would not be in the best interests of our community or the broader societal goals Brian's work helps achieve.

Thank you for your time and consideration.

Sincerely,

Max Snider

Isaiah Solomon
Mitchellville, Maryland 20721

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue Avenue
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am writing this letter as a character reference for Mr. Brian Bailey. My name is Isaiah Solomon, and I am a managing partner with Equity Financial Services. I have been in the financial services arena for over 40 years. During my early career, I met the Bailey family in 1986 and remained a friend and mentor to Brain over the years.

I met Brian through his mother when he was 16/17 years old. I immediately recognized that Brian had a profound way of processing information for his age. I stayed in touch with Brian as he matured. As I mentored him through the years (the ups and downs), I always gave him my honest opinion as if he were my son. On one occasion, as I sat with Brian, I advised him to apply his wisdom and intelligence in more of a mainstream business. At that time, I was purchasing investment real estate properties. Brian was like a sponge. He took the information we discussed for hours and began acquiring real estate at an early age. I was delighted that he took the Knowledge and put it into action.

Brian is a warm and giving person. He's a great husband, father, and friend. His quiet and gentle spirit is magnetic. In addition to our friendship, Brian has extended his Knowledge to others by introducing them to look outside themselves and capture opportunities beyond their communities. I know firsthand that Brain has changed the lives of many people positively. At the same time, it is unfortunate that he has made a less-than-prudent decision, thus resulting in this case. While I was surprised to hear of the misconduct, it is no surprise that he is ready to accept responsibility for his actions. I'm asking this "Court" to show leniency. Using Brian's skills and Knowledge to help other at-risk young men in our community would be a better use of his talents.

I sincerely hope the court considers this letter at the time of sentencing. Despite the current case, I still believe Brian Bailey to be an honorable individual, a valuable member of my community, and a good human being.

On August 10, 2023, I lost my only biological son, Arron, at 44. Having to lose Brain to prison is unbearable. Judge Kollar-Kotelly, please show compassion to Brain—a young man with much positive potential. I will forever be grateful to you for your consideration.

Sincerely,

Isaiah Solomon

Reginald L. Speight
Silver Spring, MD 20905
September 26th, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Character Reference for Brian W. Bailey

Dear Judge Kollar-Kotelly:

I am writing this letter with the utmost respect and sincerity to offer my unwavering support for Brian W. Bailey, a man I have known and cherished as a brother for the past 43 years. I am Reginald L. Speight, and I currently hold the Coordinator of School Culture position at Capital City Public Charter School in Washington, DC, with over 25 years of experience in education. I have taught at the elementary, middle, and high school levels and have held numerous administrative leadership positions throughout my career.

I am reaching out to Your Honor to provide insight into Brian's character and his impact on our community despite the recent legal challenges he faces. Brian was found guilty of bribery of a local government official, a grave offense that I firmly believe does not encapsulate the essence of the man he is. Brian's life is defined by his unwavering commitment to making a positive difference in the lives of others.

Brian and I crossed paths during our Junior High School years, where we shared a profound bond as fellow band members. Those days of playing together in the concert band, symphonic band, jazz ensemble, and marching band forged a friendship rooted in a shared love for music and a commitment to excellence. Beyond the notes and rhythms, Brian displayed qualities that set him apart - a passion for service and a heart dedicated to uplifting our community.

Throughout the years, Brian has supported my efforts to empower youth and strengthen our community. Brian has consistently supported my initiatives as a guest speaker and generous financial contributor. His presence and words have inspired countless young individuals and adults to believe in their potential and pursue their dreams.

Brian's commitment to causes beyond our community has been equally remarkable. He has played an integral role in assisting and leading fundraisers for Women's Health and orchestrated the planning and organizing of events for the historic inauguration of President Obama. Brian's actions reflect a deep-seated belief in the power of collective action and the importance of advocating for positive change.

In my numerous interactions with Brian, I have never heard him speak of personal gain or ambition. Instead, he consistently emphasizes the importance of helping others and sharing knowledge to create opportunities for all to succeed. Brian has been a source of inspiration and motivation for me and countless others who have known him.

Please consider the entirety of Brian's life and character when determining the appropriate sentencing for him. While he must be held accountable for his actions, I implore you to consider his decades of unwavering support for our community, his dedication to empowering youth, and his commitment to social causes.

Brian's potential to continue positively impacting our society remains immense, and I firmly believe that the most lenient treatment under federal law would allow him to continue his valuable work. I trust in your wisdom and compassion as a judge to consider this letter and the true essence of Brian W. Bailey as you deliberate on his case.


Thank you for your time and consideration.

Sincerely,

Reginald L. Speight

Zach Stone
Washington, DC 20008
9/26/2023

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitutional Avenue, NW
Washington, DC 20001

Dear Judge Kollar-Kotelly:

I am a Senior Associate at CBRE: Global Commercial Real Estate Services, in Washington, DC. We are the largest commercial real estate brokerage in the world, operating in over 100 countries. I have known and worked with Brian Bailey since 2019 and would consider him a friend. In the time we have known one another he has proven to be of great character through both business and personal interactions.

Brian has always shown upstanding qualities of honesty, integrity, and perseverance through our business dealings, but the quality that stands out most is his unwavering loyalty and responsibility to his family. In most every conversation I have with Brian, he is focused on the well-being and long-term security of his loved ones. In addition to setting up his family for lasting success, Brian uses real estate to continuously improve the community he grew up in. He has used his platform to advance the rental housing stock in various DC neighborhoods, and better the lives of tenants across the city.

Brian is a contributing member of Washington, DC, that provides a positive impact through his work and personal relationships. While I was surprised to hear of the misconduct in this case, it comes as no surprise that Brian is willing to accept responsibility and resume his work within the community. He will face repercussions from this case within the business community, and based on my recent dealings with Brian, it is apparent he has learned from this lapse in judgment. He is an upstanding citizen who I would happily endorse to any of my clients or friends.

I hope the court takes this letter into consideration at the time of sentencing. I believe Brian to be a valuable member of the community and a good person.

Sincerely,

Zach Stone

Tiarra Taylor
510 Tailgate Terrace
Hyattsville, MD, 20786
September 26, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Leniency Request for Brian Bailey

Dear Judge Kollar-Kotelly:

I hope this letter finds you in good health and high spirits. I am writing to you today to lend my heartfelt support and vouch for the character of Mr. Brian Bailey, who has been a significant presence in my life for the past six years. As a retired DCPS teacher and owner of Taylor 2 U Homes a residential redevelopment company, Brian has been instrumental in my transition into full-time entrepreneurship.

I first met Brian in 2017 when I embarked on my real estate journey, and he graciously assumed the role of my mentor. Over these six years, I have had the privilege of not only learning from him but also witnessing his unwavering commitment to ethical principles, integrity, and the betterment of our community.

Brian's character is nothing short of exemplary. He is a person who consistently demonstrates compassion, empathy, and a strong sense of responsibility towards others. He has selflessly dedicated his time and resources to various charitable causes, always eager to help those in need. His dedication to mentoring and guiding aspiring real estate professionals, like myself, is a testament to his commitment to the growth and success of others.

I believe wholeheartedly that Brian is deserving of the most lenient treatment under federal law. His actions and contributions to society reflect a person who has made a positive impact on countless lives. Imposing a harsh sentence on him would not only deprive our community of an individual who strives to make it better but also negate the opportunity for him to continue his meaningful work.

I kindly request that you consider these sentiments as you make your decision regarding Brian's case. Granting him leniency would not only be a just decision but also an affirmation of the belief that individuals of outstanding character can contribute positively to society, even in the face of legal challenges.

Thank you for your time and consideration, Judge Kollar-Kotelly. I trust in your wisdom to make a decision that upholds the principles of justice and fairness.

Sincerely,

Tiarra Taylor

Darrell Q. Tucker
Upper Marlboro, Maryland
September 23, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
   for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

My name is Darrell Tucker and I have been in the financial services industry for 32 years. I was a partner in a fee based financial services company before becoming the owner of a State Farm Office located in Greenbelt, Maryland. My office has been in the same location since 2010.

Not only is Mr. Brian Bailey a neighbor and good client, but I also consider him a friend. He was referred to me in 2015 by a mutual friend and we clicked immediately. We have spent many hours discussing the legacy he is building while maintaining a positive image in the "not-so-nice" parts of town. I have seen the joy he has provided to residents when they have been afforded the opportunity to move into a newly renovated apartment versus the terrible conditions the previous owner provided. He has been a true blessing to many under privileged areas.

He is a hard worker that does not let his success prevent him from helping and employing people from underserved communities. As a former coach of basketball and Track & Field of children from the Far Southeast, I use Mr. Bailey's story to show our youth that you can be successful if you are willing to work hard, educate yourself and put in the hours.

Of course, without rules and punishment for breaking those rules, we would become a lawless society, but I'm not sure that actual time behind bars would be a good use of the government's resources here. Brian is not a flight risk. The work that he has done rehabilitating boarded-up eye sores and providing new and improved low-income housing for the District of Columbia's forgotten residents should not be overlooked. I'm not an attorney nor do I pretend to know the sentencing guidelines, but jail seems a bit harsh in this case.

I am asking, that you be lenient on Brian for his indiscretions: maybe community service, funding for at-risk youth programs, or something along these lines if possible. I really believe that Brian being incarcerated and not allowed to continue his work in the community could be a detriment.

Thank you in advance for reading my letter and taking my thoughts into consideration.

Sincerely,

Darrell Q. Tucker

Leon Waddy
Washington DC
September 28, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I am the athletic director for Kingman Boys & Girls club, as well as an assistant football coach at Theodore Roosevelt High School in Washington DC. In both roles, I have the distinct pleasure of encountering and working with some of the brightest and ambitious youth our nation's capital has to offer!

I have essentially known Brian my entire life as he is a family friend. In addition to being a dear friend to my entire family, Brian volunteeringly took on the role as a personal mentor and confidant.

Brian has proven to be a considerate and generous man all while displaying the utmost humility and sincerity. The youth I work with have benefited countless times from Brian's philanthropy work and unsparing assistance. Brian is also a trusted friend who has never withheld timely advice, guidance or encouragement .

I do realize that Your Honor has a job to do with upholding the law of this amazing country, and to that end, it is my firm belief that Brian's punishment should be as lenient as possible. Brian is no threat to anyone, he is much more a vital asset and community leader both as a businessman but more importantly as a good samaritan.

If Brian does receive a prison sentence, it would break my heart as a gap would be created in his absence from the lives he is able to touch and influence. Brian's absence from society would widen an already huge gap between underprivileged youth and the necessary resources to help them fulfill their version of the American dream.

Very truly yours,

Leon E. Waddy
Leon E. Waddy

Terrence White
Washington, DC 20002

September 27, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

My name is Terrence White and I am the CEO of Gas Monkey LLC and Urban 360 LLC in Washington, DC. I currently serve as the Chairman of the I-71 Committee and I am a member of the Washington DC Black Chamber of Commerce.

I have known Brian for eight years as a colleague and a long standing friend. Brian and I have maintained a great relationship that encompasses both personal and business interactions, of which he has always been a reliable individual for myself and my family.

Brian is a man of faith, loyalty, discernment, and a constant source of strength for myself and others in his community. He is a pillar of fortitude and positivity and never hesitates to lend a hand to anyone  in need.

His daily presence and ability to interact  is a necessary proponent of my and his communities activities because he plays a pivotal role in the successes of all of us around him.

Brian provides guidance, opportunity and spiritual enlightenment to so many of us who love him and his inability to continuously maintain that role in our lives would be devastating. I humbly ask that you consider the impact of Brian's sentencing and how it would not only affect me, but so many others.

Very Truly Yours,

Terrence White

Benjamin Wilson
Bethesda, MD 20842
September 28, 2023

The Honorable Colleen Kollar-Kotelly
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

My name is Benjamin Wilson.  I am a commercial real estate broker in Washington, DC and Senior Managing Director at Greysteel.  I lead the mid-Atlantic commercial team with a focus on medium sized development sites in the Washington, DC market.

I have known Brian for many years but began working with him regularly in May of 2022 when he expressed an interest in purchasing a property I was selling.  Since the start of those negotiations Brian and I have continued to work together on that transaction and three additional transactions where I represent the seller.  The first transaction has an unusual structure involving a lease to Brian where he must complete certain improvements before ultimately closing on the purchase in summer 2025.

This sort of transaction structure requires a high level of communication and consistent performance by Brian and his team so that I can provide my client (the seller and current landlord) updates and make sure everyone is working well together.  In any commercial real estate transaction, there are always unforeseen challenges.  In a transaction like this, where major renovations require permitting from the city, the number of potential challenges are multiplied.

In the world of commercial real estate transactions, Brian's approach to addressing these inevitable challenges has been extremely refreshing.  In my experience with Brian, he has always communicated with me, and by extension the seller, with candor and has consistently worked to resolve any problems or delays that have come up.  There are many tenants/buyers who would easily ignore the seller's inquiries or requests.  While he has no obligation to, Brian has always been engaged and responsive to make sure the seller remains comfortable with the transaction.  This may seem like a small thing but in our world of mid-sized commercial real estate, this sort of behavior is fairly uncommon.

I have also had the pleasure of meeting his son and the rest of his team.  He is undoubtedly an excellent leader and father.  I do not believe a harsh sentence of imprisonment would produce a positive outcome for society.  I do not believe Brian would engage in the behavior he is convicted of ever again.

Thank you for your consideration,

Benjamin Wilson

GARCIA LAW, LLC.
ATTORNEYS AT LAW

CIVIL · CRIMINAL · REAL ESTATE · PERSONAL INJURY

201 N. Charles Street · Suite 1900
Baltimore, Maryland 21201
Office: 410.814.4600 · Fax: 410.814.4604 · www.tngarcialaw.com

Tony N. Garcia
tony@tngarcialaw.com

September 17, 2023

The Honorable Colleen Kollar-Kotelly
U.S. District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Kollar-Kotelly:

I pray this letter finds you well. My name is Corey Woodfolk, and I am the General Manager and Litigation Specialist at Garcia Law, in Baltimore, Maryland. I specialize in federal/state postconviction and appellate litigation, which I have done for many years. I have known Mr. Brian Bailey, for quite some time and have come to be very fond of him. Brian is very hard-working and will always go the extra mile to help his friends and family. Often times, I have found that he will do the same for a stranger in need. Time and again, Brian has provided much needed resources to help assist others that were in need of legal and other assistance.

Brian is always cordial, a delight to be around, and an exceptional teacher in his area of expertise. While my passion is the law, Brian has inspired to me see our neighborhoods and communities as a responsibility of us all, and for us to provide as much as we can to help it flourish; his community service is exceptional and I expect that it will continue as long as he draws breath.

I am familiar with Brian's case details and fully understand that the Court is in the best position to determine punishment. I respectfully ask that the Court is merciful in this case and not impose a term of prison confinement. The goal of sentencing is not only deterrence and punishment, but also rehabilitation. Deterrence, in my opinion, has been met in this case, and whatever errors that were made on Brian's part, he is sure to not repeat them. That Brian is a pillar in his community cannot be disputed, and no societal purpose would come from his imprisonment. Sometimes we all fall; make mistakes and learn from them; Brian has.

To see him languish in prison would be quite disheartening for me, as well as for many others. Brian built all that he has from the ground up; not taking short cuts and staying up long hours to work when most of us were probably fast asleep. Our community needs Brian here. I ask that Your Honor please be merciful in this case.

Sincerely,

Corey L. Woodfolk

The Honorable Colleen Kollar-Kotelly
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001


Dear Judge, Kollar-Kotelly,

I am writing this letter to offer a character reference for Mr. Brian Bailey, whom I have known for over two decades. My name is Marty Wynn, and I currently hold the position of President at P3N Network, Inc., a certified I.T. and leadership training firm.

My relationship with Brian extends beyond a mere friendship; we are like family. Over the years, we have seen our children grow and have built a bond based on trust and shared values. Brian is not only an exceptional individual but a man of his word. His contributions to his family and those in need are remarkable and highlight his compassionate and caring nature.

Brian possesses a deep commitment to excellence and consistently strives to bring out the best in those around him. He places great importance on education and used this time to further educate himself and will be receiving his degree at the University of Maryland, setting an example for others to follow. Moreover, his dedication to his faith and family is truly inspiring.

What sets Brian apart is his unwavering dedication to his community and his active involvement in various outreach programs. He is a beacon of hope for many, especially in communities that often face disproportionate challenges. Brian's ability to overcome obstacles and his determination to make a positive difference in the lives of others is truly commendable.

Throughout our friendship, I have sought Brian's advice on numerous occasions, whether it was about family matters, faith, leadership, or navigating the challenges of today's youth. He has consistently been a pillar of support, offering valuable insights based on his own life experiences.

Brian's character as a man, father, friend, and community activist is unparalleled. He has demonstrated time and again that he is a person of integrity, empathy, and genuine concern for the well-being of others.

In closing, I wish to express those prayers for Brian, this case, and all those directly affected are being offered daily. I sincerely hope that the Honorable Court will consider Brian's positive character and the impact he has had on our community when determining an appropriate and lenient sentence.

Thank you for your attention to this matter.

Sincerely,