**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:19-cr-00156-CKK |
| ) | |
| BRIAN BAILEY, et al, ) | |
| ) | |
| *Defendant.* ) | |

**NOTICE OF FILING OF ADDITIONAL LETTERS SUBMITTED WITH
RESPECT TO SENTENCING FACTORS**

In connection with his sentencing memorandum, Brian Bailey submitted letters for the Court's consideration with respect to the sentencing factors enumerated in Title 18 U.S.C. § 3553 (a)(1) – (a)(2).

Mr. Bailey  respectfully submits two additional letters which were not included with the sentencing memorandum. The letters submitted are from Matthew King and Jamie Gibbs.

October 17, 2023,                     Respectfully submitted,

/s/ Sara E. Kropf                        /s/ Pleasant Brodnax
Sara E. Kropf (D.C. Bar 481501)          Pleasant S. Brodnax, III
KROPF MOSELEY PLLC                       1701 Pennsylvania Avenue, NW
1100 H Street NW                         Suite 200
Suite 1220                               Washington, D.C., 20006
Washington, DC 20005                     (202) 462-1100
(202) 627-6900                           pleasant.brodnax@gmail.com
sara@kmlawfirm.com

*Counsel for Defendant Brian Bailey*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2023, I caused a copy of the foregoing Defendant Brian Bailey's Sentencing Memorandum to be served on all counsel of record via the Court's CM/ECF system.

                                         /s/ Pleasant S. Brodnax, III

Matthew King
Arlington, Va

The Honorable Colleen Kollar-Kotelly
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I hope this letter finds you in good health and high spirits. I am writing to provide a character reference for Mr. Brian Bailey, who I have had the privilege of knowing for approximately six years. I understand that you are currently presiding over his case, and I would like to share my perspective on his character, his contributions to our community, and the potential impact of your decision on his life.

I am the President and Founder of a real estate investment company based in Virginia, where we specialize in assisting distressed homeowners facing challenging circumstances when selling their homes. Our mission is rooted in compassion, and we are dedicated to making a positive impact on both the individuals we work with and the communities we serve. Over the years, I have had the opportunity to witness firsthand the transformative effect that empathy and support can have on individuals facing adversity.

I first met Brian through a mutual acquaintance, and although our interactions have been relatively infrequent, his qualities immediately left a lasting impression on me. Brian possesses an unwavering loyalty and honesty that sets him apart. In the world of business, where integrity and trust are paramount, Brian emerged as a mentor and role model for me. I have always been drawn to individuals who exhibit a genuine commitment to serving others, and Brian exemplifies this quality effortlessly.

Brian's interactions with our community have consistently demonstrated his love and respect for others. It is evident that he has faced his fair share of challenges, experiences that have undoubtedly shaped his character. It is my belief that individuals who have navigated difficult circumstances have a unique opportunity to choose a path that can result in a lasting positive impact on the world. Brian's actions and dedication to our community reflect his commitment to this principle.

I want to clarify that I am not advocating for Brian to avoid the consequences of his actions or evade responsibility for any wrongdoing. I firmly believe in the importance of maintaining order and justice within our legal system. However, I wish to express my concern that incarcerating Brian, thereby separating him from his family and community, may not align with the overarching

goal of our justice system, which should ultimately aim to rehabilitate and reintegrate individuals into society.

Brian is an intelligent, loving father, and devoted husband who has much to offer our community. His imprisonment would, in my opinion, be a detriment to both him and the community at large. Instead, I respectfully suggest that a combination of a fine and community service may serve as a more constructive and just resolution to this case. In this way, Brian can continue to contribute positively to the community he holds dear, and we can collectively work towards building a better future.

Our nation's capital, Washington, D.C., is in need of dedicated leaders and individuals willing to step up and make a difference. Brian has the potential to be one of those leaders, and I believe that with the right support and opportunities, he can continue to contribute positively to our society.

I would like to thank you for considering my perspective on this matter. I trust in your wisdom and impartiality in making the best decision for all parties involved.

Thank you for your time and attention.

Sincerely,

Matthew King

*Matt Aven King* (signature)

# MOGOO, INC.

100 M street
Washington, dc 20003
Phone 301.808.3683    Fax 301.808.1332
Email: callmogoo@gmail.com

**Jamie Gibbs**
**(Vice President/ Owner of Mogoo Inc.)**

**The Honorable Judge Colleen Kollar-Kotlley**
**United States District Court for The District of Columbia**
**333 Constitution Ave. N.W**
**Washington, D.C 20001**

**RE: Character Reference Letter for Brain W Bailey**

Dear Judge Kollar- Kotlley,

I am writing this letter to give you a sense of who Brain Bailey is. Not only is he a major part of building my Company as to what It is today, but he has become a great friend of mines. I have known Brain for 15+ years, in which as I previously stated, we built a strong and secure friendship.

Brain W. Bailey has played a significant role into building my company to what is today. My company, Mogoo Incorporated, is one of the longest running minority Construction companies in the D.C area. We are a family based establishment, who has graciously built our company based off of our Superb reputation, astonishing work, and loyal clientele.

Being as though we have built an excellent reputation for ourselves, we choose wisely who we continue to have business with. Over the course of 15+ years, Mr. Bailey has shown me nothing but gratitude, grace, and compassion. Since I've known Brain, he has showed generosity to me, his friends, family and community. Just to touch basis on a few of Brain's amazing characteristics; I have seen Brain be nothing short of generous, loving, and reliable.

The charges against Mr. Bailey are a deviation as to the person he is. Considering the man I know Brain to be, it is completely out of character to engage in such events. Considering the man he is to his family, friends, colleagues and community, I kindly ask for leniency in punishment against Mr, Bailey.

If it brings the court any clarity, I am willing to testify under oath to give any further details as to who Brain really is. In conclusion, I'll like to thank

court for taking the time out to allow me to bring light as to the man Brain W Bailey truly is. Should you require any further assistance, please feel free to reach out.