# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| vs. | ) )  Criminal No.  1:19-cr-00156-CKK ) |
| BRIAN WINSTON BAILEY | ) ) |

## NOTICE OF APPEAL

Name and address of appellant:  Brian W. Bailey
6507 Grainger Terrace
Upper Marlboro, Maryland 20772

Name and address of appellant's attorney:  Pleasant Brodnax, III
1701 Pennsylvania Ave., NW, Ste. 200
Washington, DC 20006

Offense:  18 USC 371, 2 counts; 18 USC 201(b)(1)(C), 2 counts

Concise statement of judgment or order, giving date, and any sentence:

Counts 1, 2, 3, and 4:
48 months incarceration on each count, followed by 24 months of supervised release on each count. Counts 2, 3, and 4 to run concurrently with Count 1 and with each other. Special assessment of 100.00 for a total of 400.00.

Name and institution where now confined, if not on bail:   Personal Recognizance

I, the above named Appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment and sentence.

November 2, 2023
DATE

APPELLANT

Pleasant S. Brodnax III
Counsel for Appellant

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ☒ |
| Has counsel ordered transcripts? | ☐ | ☒ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☐ | ☐ |