# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3211**                           **September Term, 2023**

**1:19-cr-00156-CKK-1**

**Filed On: August 8, 2024** [2069021]

United States of America,

       Appellee

    v.

Brian Winston Bailey,

       Appellant

## M A N D A T E

In accordance with the order of June 24, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                         BY:    /s/
                                            Daniel J. Reidy
                                            Deputy Clerk

Link to the order filed June 24, 2024