# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3211**                                          **September Term, 2023**

                                          **1:19-cr-00156-CKK-2**
                                          **1:19-cr-00156-CKK-1**

**Filed On: June 24, 2024** [2061260]

United States of America,

       Appellee

    v.

Brian Winston Bailey,

       Appellant

------------------------------------
Consolidated with 23-3212

## O R D E R

By order filed April 5, 2024, appellant Brian Winston Bailey in case No. 23-3211 was directed to have new counsel enter an appearance on his behalf or to inform the court that he wishes to proceed on appeal without counsel by May 8, 2024. To date, the court is not in receipt of a response from appellant Bailey. Upon consideration of the foregoing, it is

**ORDERED** that case No. 23-3211 be dismissed for lack of prosecution. See D.C. Cir. Rule 38. It is

**FURTHER ORDERED** that the consolidation of case No. 23-3211 with case No. 23-3212 be terminated.

The Clerk is directed to issue the mandate in case No. 23-3211 by August 8, 2024.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                             BY:    /s/
                                       Scott H. Atchue
                                       Deputy Clerk